Filed

SEP 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  BURKE, WILLIAMS & SORENSEN, LLP
   MICHAEL F. BELL, State Bar No. 89046
2  E-Mail:  mbell@bwslaw.com
   444 South Flower Street, Suite 2400
3  Los Angeles, CA  90071-2953
   Telephone:  (213) 236-0600
4  Facsimile:  (213) 236-2700

5  Attorneys for Defendant
   Stonebridge Life Insurance Company

ADR

E-FILING

8             UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11  MARVIN CASTRO,                    CASE NO.  C07  04996

12            Plaintiff,              **NOTICE OF REMOVAL OF
                                      ACTION UNDER 28 U.S.C. § 1441(a)**
13  v.
                                      **[DIVERSITY OF CITIZENSHIP]**
14  JC PENNEY LIFE INSURANCE
    COMPANY, STONEBRIDGE
15  LIFE INSURANCE COMPANY
    AND DOES 1-10,
16
              Defendant.
17

19        TO PLAINTIFF MARVIN CASTRO AND TO HIS ATTORNEYS OF

20  RECORD:

21        Defendant Stonebridge Life Insurance Company ("Stonebridge Life"),

22  formerly known as J.C. Penney Life Insurance Company, hereby serves notice of its

23  removal of the above-entitled action to the United States District Court for the

24  Northern District of California from the Superior Court of the State of California

25  for the County of Santa Clara, and respectfully alleges as follows:

26  / / /

27  / / /

28  / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-5082-2657 v1

ORIGINAL

## PLEADINGS AND PROCEEDINGS TO DATE

1.     On August 10, 2007, an action was commenced in the Superior Court of the State of California for the County of Santa Clara, entitled <u>Marvin Castro, Plaintiff v. JC Penney Life Insurance Company, Stonebridge Life Insurance Company and Does 1-10, Defendants,</u> under Case No. 107CV091885.  Attached hereto as Exhibit "A" is a true copy of the Summons and Complaint in said action, together with the following additional pleadings:  Civil Lawsuit Notice and Alternative Dispute Resolution Information Sheet.  These documents are the only pleadings filed with the Court as of this date.  No responsive pleadings have as yet been filed by any Defendant.

2.     Stonebridge Life was served with the Summons and Complaint on August 29, 2007.  Stonebridge Life is informed and believes that there has been no service of process upon Does 1 through 10.

## DIVERSITY OF CITIZENSHIP

3.     Defendant Stonebridge Life is a corporation, organized and existing under the laws of the State of Vermont, with its principal place of business in the State of Texas.

4.     Plaintiff is a resident of Santa Clara County, California, and a citizen of the State of California.  (Complaint ¶ 3)

5.     The Complaint names as additional Defendants Does 1 through 10. These fictitious Defendants have not been served with the Summons and Complaint in this action and the Complaint fails to state any claim for relief against these fictitious Defendants.  By reason of the provisions of 28 U.S.C. § 1441(a), these fictitious Defendants are to be disregarded for purposes of removal.

///

6.    The Complaint also names as a Defendant JC Penney Life Insurance Company, which is the former name of Defendant Stonebridge Life.

7.    Diversity jurisdiction exists where the matter in controversy exceeds the sum of value of $75,000, exclusive of interest and costs.  28 U.S.C. § 1332(a). The amount in controversy for jurisdictional purposes is determined by the amount of damages or the value of the property that is the subject of the action. *Hunt v. Washington State Apple Advertising Commission*, 432 U.S. 333, 97 S. Ct. 2434 (1977); *Conrad Assoc. v. Hartford Accident & Indemn. Co.*, 994 F.Supp. 1196, 1198 (N.D. Cal. 1998) (jurisdictional minimum may be satisfied by claims for special and general damages, attorneys' fees and punitive damages).  The Complaint alleges damages for breach of contract in the amount of $1,000,000, as well as damage claims for special and general damages, attorneys' fees, and punitive damages.

## TIMELINESS OF REMOVAL

8.    The Summons and Complaint were served on August 29, 2007.  this Notice of Removal is filed within thirty (30) days of said date, and within one year of the date of commencement of the action.  This removal is therefore timely under 28 U.S.C. § 1446(b).

## VENUE

9.    This is a suit of a wholly civil nature brought in a California Court. The action is pending in Santa Clara County, California and, accordingly, under Title 28 United States Code §§ 84(c) and 1441(a), the United States District Court for the Northern District of California is the proper forum for removal.

/ / /

1    WHEREFORE, removing Defendant Stonebridge Life hereby notifies

2  Plaintiff and his attorneys that the action, formerly pending in the Superior Court of

3  the State of California for the County of Santa Clara, Case No. 107CV091885, has

4  been removed from that Court to this United States District Court, Northern District

5  of California.

6

7  DATED:  September 26, 2007       BURKE, WILLIAMS & SORENSEN, LLP
                                    MICHEL F. BELL

8

9

10                                By: _____
                                    MICHAEL F. BELL

11                                    Attorneys for Defendant
                                    Stonebridge Life Insurance Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-5082-2657 v1         - 4 -        NOTICE OF REMOVAL OF ACTION
UNDER 28 U.S.C. SECTION 1441(A)