# SUMMONS
## (CITACIÓN JUDICIAL)

**SUM-100**

| | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE
INSURANCE COMPANY AND DOES 1-10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MARVIN CASTRO

A. Ilas

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.   A letter or phone call will not protect you.   Your written response must be in proper legal form if you want the court to hear your case.   There may be a court form that you can use for your response.   You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.   If you cannot pay the filing fee, ask the court clerk for a fee waiver form.   If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante.   Una carta o una llamada telefónica no lo protegen.   Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte.   Es posible que haya un formulario que usted pueda usar para su respuesta.   Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca.   Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas.   Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados.  Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro.  Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLA
191 North First Street

San Jose, CA 95113

CASE NUMBER
*(Número del Caso):* **1 0 7 CV 0 9 1 8 8 5**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MARK B. FREDKIN, ESQ. [State Bar No. 53550]      (408) 288-8288  Fax:  288-8325
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, CA  95113-1613

DATE:                                    Clerk, by _____ **A. Ilas** _____, Deputy
*(Fecha)*     **AUG 1 0 2007**     *(Secretario)*                                *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Stonebridge Life Insurance Company

   under: ☒ CCP 416.10 (corporation)            ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

# EXHIBIT A
**SUMMONS**
5

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

A. Ilas

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA

MARVIN CASTRO,

        Plaintiff,

vs.

JC PENNEY LIFE INSURANCE
COMPANY, STONEBRIDGE LIFE
INSURANCE COMPANY AND DOES 1-
10,

        Defendants.

NO. 107CV091885

**COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT AND BAD FAITH**

**I**

**PRELIMINARY FACTS**

    1.    The true names or capacities, whether individual, corporate, associate, or otherwise, of defendants, DOES 1 through 10, inclusive, are unknown to plaintiff who therefore sues said defendants by such fictitious names. Plaintiff is informed and believes and thereon alleges that each of the defendants designated herein as a DOE is negligently responsible in some manner for the events and happenings herein referred to, and negligently caused injury and damages proximately thereby to plaintiff as herein alleged. Plaintiff will ask leave to amend this complaint to insert the true names and capacities of said DOE defendants when the same are ascertained.

    2.    At all times herein mentioned, the defendants, and each of them, were the agents

COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT AND BAD FAITH       1

**EXHIBIT A**

6

1  and employees of each of the other defendants, and each of them, and were acting within the
2  course and scope of said agency and employment.

3        3.     Plaintiff, MARVIN CASTRO, is and at all times herein mentioned has been a
4  resident of the State of California, County of Santa Clara. He is the husband and surviving
5  heir of Miriam R. Ayllon, (hereinafter "Ayllon")who died on August 13, 2006.

6        4.     Ayllon purchased a Certificate of Life Insurance from JC Penney Life Insurance
7  Company, hereinafter "Penney Life," Policy Number 25494-GC346, Certificate of Insurance
8  #84AHIV3978.  A true and correct copy of said policy is attached hereto as Exhibit A
9  (sometimes referred to as "the insurance contract").  Said policy of insurance provided for
10  $1,000,000 in coverage for loss of life that occurred while traveling by "common carrier." In
11  particular, Part I of the policy provided that a covered person had $1,000,000 coverage if there
12  was injury, defined also as "death" as a "direct result of a collision, crash or sinking of a duly
13  licensed common carrier while riding as a fare paying passenger inside such common carrier.
14  . ."  Said policy further defines common carrier to mean "an air, land or water public
15  conveyance operated under a license for regularly scheduled passenger service."

16        5.     Penney Life is and at all times herein mentioned has been a life insurance stock
17  company whose home office was designated in Vermont. Penney Life conducts business
18  within the State of California, County of Santa Clara.  It solicited the insurance herein
19  mentioned within the County of Santa Clara, State of California.  Ayllon regularly paid
20  premiums from the County of Santa Clara, State of California to Penney Life to pay for said
21  insurance.

22        6.     Plaintiff is informed and believes that Stonebridge Life Insurance Company
23  ("Stonebridge"), whose administrative offices are at the same address as Penney Life, became
24  an obligor under said contract of insurance by reason of assignment, transfer, merger, name
25  change or in some other fashion that renders Stonebridge liable under Insurance Certificate
26  # 84AHIV3978, Policy # 25494-GC346.

27        7.     Ayllon died on August 13, 2006 while riding in a regularly scheduled water
28  public conveyance operated by a licensed passenger service. The watercraft tipped over,

EXHIBIT A

7

1  expelling Ayllon who died by reason of drowning.  Her beneficiary under the insurance

2  contract was her husband, Marvin Castro.

3      8.    Appropriate notice and documentation of Ayllon's death was provided to

4  Stonebridge / Penney Life.  On or about March 5, 2007, despite appropriate documentation,

5  defendants and each of them, denied the $1,000,000 death benefits to Marvin Castro.

6      9.    Plaintiff is informed and believes and thereon alleges that defendants, and each

7  of them, qualified to undertake insurance business in California and are members of the

8  California Life & Health Insurance Guaranty Association.  Plaintiff is informed and believe

9  and thereon alleges that defendants understood they would be transacting business pursuant

10  to and under the laws of the State of California.

11  <center>II</center>

12  <center>**FIRST CAUSE OF ACTION**</center>

13  <center>**(Declaratory Relief)**</center>

14      10.    Plaintiff realleges and incorporates by this reference the allegations contained

15  in paragraphs 1 through 9 of the Preliminary Facts as though fully set forth herein.

16      11.    There currently exists a controversy concerning the meaning of provision in "the

17  insurance contract."  Plaintiff contends that provisions providing death benefits as a result of

18  loss of life while riding in a common carrier provides $1,000,000 benefits to plaintiff as a

19  result of the death of Ayllon.  Defendants contend that the language of the contract does not

20  require it to pay death $1,000,000 benefits as a result of Ayllon's loss of life.

21      12.    An actual and present controversy exists over the written provisions in the

22  contract.  Plaintiff seeks a declaration of his legal entitlement to the death benefits provided

23  under the insurance policy attached hereto as Exhibit A.

24      WHEREFORE, plaintiff prays for judgment as hereinafter set forth.

25  <center>III</center>

26  <center>**SECOND CAUSE OF ACTION**</center>

27  <center>**(Breach of Contract)**</center>

28      13.    Plaintiff realleges and incorporates by this reference the allegations contained

---

COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT AND BAD FAITH       3

EXHIBIT A

*8*

1    in paragraphs 1 through 12 as though fully set forth herein.

2          14.    Defendants, and each of them, and Ayllon entered into a binding insurance

3    contract for which Ayllon paid and continued to pay, up to the time of her death, all required

4    premiums. All terms, covenants and conditions required of Ayllon had been performed as of

5    the time of her death on August 13, 2006.

6          15.    Plaintiff is the beneficiary of said insurance contract which provided $1,000,000

7    death benefits to him as the beneficiary.

8          16.    Defendants, and each of them, breached the contract in that they have failed and

9    refused and continue to fail and refuse to pay the $1,000,000 death benefits promised under

10    the contract.

11          17.    As a proximate cause of defendants' breach of their contractual obligations,

12    plaintiff has been damaged in that he has not received the $1,000,000 death benefit required

13    to be paid by defendant.

14          WHEREFORE, plaintiff has been damaged a hereinafter set forth.

15

16                                    **IV**

17                          **THIRD CAUSE OF ACTION**

18                      **(Breach of the Covenant of Good Faith and**
                        **Fair Dealing In Denial of Insurance Benefits)**
19

20          18.    Plaintiff realleges and incorporates by this reference the allegations contained

21    in paragraphs 1 through 17 as though fully set forth herein.

22          19.    Defendants, and each of them, failed and refused to accept plaintiff's good faith

23    tender of claim seeking insurance benefits. Defendants' denial and refusal of coverage was

24    in bad faith in that, among other things, defendants failed to properly investigate and confirm

25    the mode of operation of the operators of the water craft upon which Ayllon was riding at the

26    time of her death, delayed more than 6 months in regard to making its so called investigation,

27    and generally refused to comply with its duties of good faith and fair dealing in responding to

28    the demand for coverage by Marvin Castro.

COMPLAINT FOR DECLARATORY RELIEF, BREACH OF CONTRACT AND BAD FAITH                    4

EXHIBIT A

20.    Said acts of defendants, and each of them, were done in bad faith and in violation of defendants, and each of their duties and obligations under said insurance contract. Said acts breached the implied covenant of good faith and fair dealing implicit in the insurance contract.

21.    As a proximate result of defendants, and each of them, breaching the implied covenant of good faith and fair dealing, plaintiff has been damaged by defendants' failure to pay the $1,000,000 insurance benefits to which plaintiff is entitled.

22.    Plaintiff is informed and believes, and thereon alleges, that the aforementioned acts of defendants, and each of them, were willful, malicious and oppressive and done with a conscious disregard of the rights of plaintiff, such as to justify the award of exemplary and punitive damages in an amount to be determined at the time of trial.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them, as hereinafter set forth:

1.    For a declaration that plaintiff is entitled to insurance benefits in the amount of $1,000,000;

2.    For interest on said amount at the legal rate;

3.    For punitive and exemplary damages according to proof;

4.    For costs of suit incurred herein;

5.    For such other and further relief as the Court may deem just and proper.

Dated: August 9, 2007    MORGAN, FRANICH, FREDKIN & MARSH

By _____
MARK B. FREDKIN
Attorneys for Plaintiff
MARVIN CASTRO

EXHIBIT A          10

# JCPenney Life Insurance Company

2700 West Plano Parkway
Plano, Texas 75075

### REQUIRED OUTLINE OF COVERAGE

### GROUP CERTIFICATE GC346

### ACCIDENT ONLY COVERAGE

<u>Read Your Certificate Carefully.</u> This outline of coverage provides a very brief description of some important features of your Certificate. This summary is not the insurance contract; only the actual Certificate provisions will control. The Certificate itself sets forth, in detail, the rights and obligations of both you and J. C. Penney Life Insurance Company. It is, therefore, important that you Read Your Certificate Carefully!

<u>Accidental Death and Dismemberment Coverage.</u> This category of coverage is designed to provide insured persons with benefits for certain Losses resulting from a covered accident ONLY, subject to any limitations set forth in the Certificate.

<u>Benefits.</u> If, as a result of an Injury which occurs under any of the circumstances included in Parts I, II, and III of the Coverage section of the Certificate, the Primary Insured suffers any of the Losses described below within 90 days after the date of an accident which caused the Injury, we will pay the benefit shown below. Other Covered Persons, if any, should refer to the Certificate Schedule Page for benefits.

| LOSS | BENEFIT | | |
|---|---|---|---|
| | PART I COMMON CARRIER | PART II MOTOR VEHICLE | PART III ALL OTHER INJURIES |
| Life | | | |
| Both Hands or Both Feet or Sight of Both Eyes | | | |
| One Hand and One Foot | $1,000,000 | $100,000 | $25,000 |
| One Hand and Sight of One Eye | | | |
| One Foot and Sight of One Eye | | | |
| One Hand or One Foot or Sight of One Eye | One-half the Principal Sum named above | | |

Injury must be caused by an accident which occurs while the insurance is in force. Only one benefit, the largest, will be paid for multiple Injuries that result from one accident for each Covered Person.

<u>Exclusions.</u> The Certificate does not pay benefits for the following:

1. intentionally self-inflicted Injury, while sane or insane;
2. Injury due to a war or act of war, whether declared or not;
3. Injury that occurs while the Covered Person is using or taking any narcotic, barbiturate or any other drug unless taken or used as prescribed by a Physician;
4. Injury that occurs while the Covered Person's blood alcohol level is .10 percent weight by volume or higher;
5. Injury that occurs while the Covered Person is acting as a pilot, crew member, or passenger, other than a fare-paying passenger in any aircraft;
6. Injury for which a contributing cause was the Covered Person's commission of or attempt to commit a felony or to which a contributing cause was the Covered Person's being engaged in an illegal occupation;
7. Injury due to disease, bodily or mental infirmity, or medical or surgical treatment of these; or
8. Injury that does not directly and independently of all other causes create a Loss.



# JCPenney Life Insurance Company

**A STOCK COMPANY**
Home Office: Rutland, Vermont
Administrative Office: 2700 West Plano Parkway
Plano, Texas 75075

# CERTIFICATE OF INSURANCE

Person(s) insured and Schedule of Insurance are shown on the Schedule Page. Place the Schedule Page with your Certificate for safekeeping.

J. C. Penney Life Insurance Company (herein called "we," "us" or "our") has issued Policy No. 25494  GC346 to    AT&T UNIVERSAL CARD SERVICES CORPORATION                                          (herein called Policyholder) which makes available accidental death and dismemberment insurance for eligible persons.

We agree to pay the benefits herein provided with respect to the person(s) insured hereunder, subject to all terms of the Policy.

## RIGHT TO EXAMINE CERTIFICATE

If you are not satisfied with this insurance, you may void it by returning this Certificate within 90 days after you receive it to our Administrative Office. You will receive a full refund of any premium you have paid.

This Certificate supersedes any Certificate previously issued to you under the Policy. You and any Covered Person may qualify under one Certificate only. If any person is insured under more than one Certificate, we will consider that person to be insured under the Certificate which provides the greatest amount of coverage. Upon discovery of the duplication, we will refund any duplicated payments which may have been made on behalf of that person. The records maintained by the Policyholder shall determine the insurance provided under the Policy for any Insured. Important provisions of the Policy are outlined below.

_____          _____
Secretary                                      President

**INSURED:**                                    **CERTIFICATE NUMBER:** 84AH1V3978

MIRIAM R AYLLON
3396 WHITMAN WAY
SAN JOSE CA 95132

## GROUP ACCIDENT INSURANCE
### PROVIDING ACCIDENTAL DEATH AND DISMEMBERMENT BENEFITS

## WHEN YOUR INSURANCE ENDS

Your insurance ends on the last day of the period covered by your last premium contribution.

## COVERAGE

### PART I - BENEFIT FOR TRAVEL BY COMMON CARRIER

If a Covered Person is Injured as a direct result of a collision, crash or sinking of a duly licensed Common Carrier while riding as a fare-paying passenger inside such Common Carrier, we will pay the applicable benefit listed in Part I of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below.

### PART II - BENEFIT FOR TRAVEL BY PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE ACCIDENTS

If a Covered Person is Injured:

1. by being struck by a Private Passenger Automobile; or
2. as a direct result of a collision or crash of a private Passenger Automobile; or
3. by being struck by a Land Motor Vehicle; or
4. while driving for hire a Land Motor Vehicle,

we will pay the applicable benefit specified in Part II of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below. As used in the Policy, driving for hire a Land Motor Vehicle means operating for hire the Land Motor Vehicle as its driver while inside such Land Motor Vehicle and while such Land Motor Vehicle is moving under its own power.

### PART III - BENEFIT FOR ALL OTHER INJURIES RESULTING IN A LOSS

If a Covered Person is Injured in an accident not covered under Part I or Part II and not otherwise excluded in the Policy, we will pay the applicable benefit specified in Part III of the Schedule of Insurance for the appropriate Loss as shown in the Schedule of Losses and Benefits below.

## SCHEDULE OF BENEFITS

### ACCIDENTAL DEATH AND DISMEMBERMENT

If, as a result of Injury occurring under any of the circumstances listed in the Coverage section above, and not otherwise excluded, a Covered Person suffers any of the following Losses within 90 days after the date of an accident which caused such Injury, we will pay the benefit shown below:

| SCHEDULE OF LOSSES AND BENEFITS UNDER PART I, PART II, AND PART III ||
| LOSS | BENEFIT |
| --- | --- |
| LIFE | THE PRINCIPAL SUM |
| Both Hands or Both Feet or Sight of Both Eyes | The Principal Sum |
| One Hand and One Foot | The Principal Sum |
| One Hand and Sight of One Eye | The Principal Sum |
| One Foot and Sight of One Eye | The Principal Sum |
| One Hand or One Foot or Sight of One Eye | One-Half the Principal Sum |

Principal Sums for each Covered Person are as specified on the Schedule Page. Only one of the above benefits, the largest, will be paid for multiple Losses that result from one accident for each Covered Person.

EXHIBIT A    14.

## CONTINUATION OF COVERAGE

In the event of your death, your covered spouse, if any, shall be deemed the Insured. Otherwise, the coverage will terminate on the next renewal date. If your spouse ceases to be your spouse for reasons other than your death, your spouse will no longer be covered as of the next monthly renewal date.

Coverage for any dependent child insured under this Certificate shall terminate as of the next renewal date after the child's marriage or 19th birthday.

A child may continue to be covered if upon reaching age 19 the child is, and continues thereafter to be, both:

1. incapable of self-sustaining employment by reason of mental retardation or physical handicap; and
2. chiefly dependent upon you for support and maintenance.

You must write and tell us a child meets the above requirements for Continuation of Coverage. We may require periodic proof of continued eligibility for Continuation of Coverage.

## CONVERSION

The covered child or spouse whose coverage ceases may apply for his or her own Certificate within 31 days after coverage ceases. No evidence of insurability will be required. The new Certificate will be issued:

1. on our form at that time with benefits most like but not greater than those of this Certificate; and
2. at the adult rate for the attained age of the person at that time.

The Effective Date of Coverage under the new Certificate will be the same as the Effective Date of Coverage under this Certificate. We will not pay under the new Certificate for any Loss for which benefits have been paid under this Certificate.

## NEWBORN CHILDREN

A child born to you while your Certificate is in force will be covered from the time of birth. You must write and tell us of the birth of a child.

If any children are already covered under this Certificate, the benefit amount will be the same as for other children. If no other child is covered under this Certificate, the benefit will be the amount which would have been issued to children as of the Effective Date of the Certificate.

## GENERAL PROVISIONS

### ENTIRE CONTRACT

Your Certificate is furnished in accordance with and subject to the terms of the Policy. It is not part of the Policy, but it is evidence of the insurance provided under the Policy. The Policy and any attachments form the entire contract of insurance. No agent may change or waive any provisions of the Policy under which this coverage is provided.

### CHANGE OF BENEFICIARY

You may change the beneficiary at any time by writing to us at 2700 West Plano Parkway, Plano, Texas, 75075 or to the Policyholder. Once we record the change, it will take effect as of the day you signed the request, subject to any claim payment made before such recording. The consent of the beneficiary is not needed for the change, unless the beneficiary designation was irrevocable.

## TIME OF PAYMENT OF CLAIMS

We will pay all benefits covered by the Policy as soon as we receive proper written Proof of Loss sufficient to determine liability.

## PAYMENT OF CLAIMS

All benefits are payable to you, if living. Loss of Life benefits for you are payable in accordance with the beneficiary designation in effect at the time of payment. Other benefits will be paid to you. Any other benefits, other than for Loss of Life, unpaid at your death may be paid, at our option, either to your beneficiary or estate.

## PHYSICAL EXAM AND AUTOPSY

At our expense, we shall have the right to examine a Covered Person when and as often as is reasonable while a claim is pending. We may also have an autopsy done in case of death where it is not forbidden by law.

## LEGAL ACTIONS

No action can be brought to recover on the Policy for at least 60 days after written Proof of Loss has been furnished. No such action shall be brought more than 3 years after the date Proof of Loss is required.

EXHIBIT A

16

# J. C. PENNEY LIFE INSURANCE COMPANY

## SCHEDULE PAGE

This Schedule Page is part of your Certificate. It supersedes any Schedule Page bearing an earlier Effective Date issued under Master Policy No. _____ 25494  GC346 _____
to ___ AT&T UNIVERSAL CARD SERVICES CORPORATION _____ .


CERTIFICATE NUMBER:  84AH1V3978                    EFFECTIVE DATE: 03-24-98

INSURED:  MIRIAM R AYLLON                          MONTHLY PREMIUM: $9.95
          3396 WHITMAN WAY
          SAN JOSE CA 95132


FAMILY COVERAGE:   YES

PREMIUM CONTRIBUTION:    100% AFTER THE FIRST 3 MONTHS


### SCHEDULE OF INSURANCE

PRINCIPAL SUMS
FOR LOSS UNDER:

| | INSURED | SPOUSE | EACH CHILD |
|---|---|---|---|
| PART I COMMON CARRIER | $1,000,000 | $100,000 | $20,000 |
| PART II PRIVATE PASSENGER AUTOMOBILE AND LAND MOTOR VEHICLE ACCIDENTS | $100,000 | $50,000 | $5,000 |
| PART III ALL OTHER INJURIES | $25,000 | $10,000 | $5,000 |

EXHIBIT A           17      PAGE 8

GC346

# CALIFORNIA NOTICE TO POLICYHOLDERS/CERTIFICATEHOLDERS

If you have questions regarding your insurance policy or certificate, or if you are not satisfied for any reason, please contact:

**J. C. Penney Life Insurance Company**
**2700 West Plano Parkway**
**Plano, Texas 75075**
1 800 572-9387
En español 1 800 572-9387

If we fail to produce a satisfactory solution to your problem, you may write to the California Department of Insurance, Consumer Services Division, 300 South Spring Street, Los Angeles, California 90013, or call the California Consumer Hotline at: 1-213-736-3582. In the California area, please call: 1-800-927-4357.

## CALIFORNIA LIFE AND HEALTH INSURANCE
## GUARANTEE ASSOCIATION ACT
## SUMMARY DOCUMENT AND DISCLAIMER

Residents of California who purchase life and health insurance and annuities should know that the insurance companies licensed in this state to write these types of insurance are members of the California Life and Health Insurance Guarantee Association ("CLHIGA"). The purpose of this Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its obligations. If this should happen, the Guarantee Association will assess its other member insurance companies for the money to pay the claims of insured persons who live in this state and, in some cases, to keep coverage in force. The valuable extra protection provided through the Association is not unlimited, as noted in the box below, and is not a substitute for consumers' care in selecting insurers.

---

The California Life and Health Insurance Guarantee Association may not provide coverage for this policy. If coverage is provided, it may be subject to substantial limitations or exclusions, and require continued residency in California. You should not rely on coverage by the Association in selecting an insurance company or in selecting an insurance policy.

Coverage is NOT provided for your policy or any portion of it that is not guaranteed by the insurer or for which you have assumed the risk, such as a variable contract sold by prospectus.

Insurance companies or their agents are required by law to give or send you this notice. However, insurance companies and their agents are prohibited by law from using the existence of the Guarantee Association to induce you to purchase any kind of insurance policy.

Policyholders with additional questions should first contact their insurer or agent or may then contact

| California Life and Health Insurance | or | Consumer Service Division |
| Guarantee Association | | California Department of Insurance |
| P. O. Box 17319 | | 300 South Spring Street |
| Beverly Hills, CA 90209-3319 | | Los Angeles, CA 90013 |

---

Below is a brief summary of this law's coverages, exclusions and limits. This summary does not cover all provisions of the law; nor does it in any way change anyone's rights or obligations under the Act or the rights or obligations of the Association.

## COVERAGE

Generally, individuals will be protected by the California Life and Health Insurance Guarantee Association if they live in this state and hold a life or health insurance contract, or an annuity, or if they are insured under a group insurance contract, issued by a member insurer. The beneficiaries, payees or assignees of insured persons are protected as well, even if they live in another state.

(please turn over)

GAN CA(96)    EXHIBIT A    19

ATTACHMENT CV-5012

# CIVIL LAWSUIT NOTICE

CASE NUMBER: **107CV091885**

**Superior Court of California, County of Santa Clara**
**191 N. First St., San Jose, CA 95113**

---
## READ THIS ENTIRE FORM
---

_PLAINTIFFS_ (the person(s) suing):  Within 60 days after filing the lawsuit, you must serve each defendant with the _Complaint_, _Summons_, an _Alternative Dispute Resolution (ADR) Information Sheet_, and a copy of this _Civil Lawsuit Notice_, and you must file written proof of such service.

> _DEFENDANTS_ (The person(s) being sued):  You must do each of the following to protect your rights:
>
> 1. You must file a **written response** to the _Complaint_, in the Clerk's Office of the Court, within 30 days of the date the _Summons_ and _Complaint_ were served on you;
> 2. You must send a copy of your written response to the plaintiff; and
> 3. You must attend the first Case Management Conference.
>
> **Warning:  If you do not do these three things, you may automatically lose this case.**

_RULES AND FORMS:_  You must follow the California Rules of Court (CRC) and the Santa Clara County Superior Court Local Civil Rules and use proper forms.  You can get legal information, view the rules and get forms, free of charge, from the Self-Service Center at 99 Notre Dame Avenue, San Jose (408-882-2900 x-2926), or from:

- State Rules and Judicial Council Forms:  www.courtinfo.ca.gov/forms and www.courtinfo.ca.gov/rules
- Local Rules and Forms:  http://www.sccsuperiorcourt.org/civil/rule1toc.htm
- Rose Printing:  408-293-8177 or becky@rose-printing.com (there is a charge for forms)

For other local legal information, visit the Court's Self-Service website www.scselfservice.org and select "Civil."

_CASE MANAGEMENT CONFERENCE (CMC):_  You must meet with the other parties and discuss the case, in person or by telephone, at least 30 calendar days before the CMC.  You must also fill out, file and serve a _Case Management Statement_ (Judicial Council form CM-110) at least 15 calendar days before the CMC.

_You or your attorney must appear at the CMC.  You may ask to appear by telephone – see Local Civil Rule 8._

> Your Case Management Judge is: **Neal A. Cabrinha**                    Department: **10**
>
> The 1st CMC is scheduled for: (Completed by Clerk of Court)
> Date: **JAN 1 5 2008**  Time: **3:45pm**   in Department  **10**
>
> The next CMC is scheduled for: (Completed by party if the 1st CMC was continued or has passed)
> Date: **JAN 1 5 2008**  Time: _____   in Department _____

_ALTERNATIVE DISPUTE RESOLUTION (ADR):_  If all parties have appeared and filed a completed _ADR Stipulation Form_ (local form CV-5008) at least 15 days before the CMC, the Court will cancel the CMC and mail notice of an ADR Status Conference.  Visit the Court's website at www.sccsuperiorcourt.org/civil/ADR/ or call the ADR Administrator (408-882-2100 x-2530) for a list of ADR providers and their qualifications, services, and fees.

_WARNING:_  Sanctions may be imposed if you do not follow the California Rules of Court or the Local Rules of Court.

---

 EXHIBIT A          20

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
## ALTERNATIVE DISPUTE RESOLUTION
### INFORMATION SHEET / CIVIL DIVISION

Many cases can be resolved to the satisfaction of all parties without the necessity of traditional litigation, which can be expensive, time consuming, and stressful. The Court finds that it is in the best interests of the parties that they participate in alternatives to traditional litigation, including arbitration, mediation, neutral evaluation, special masters and referees, and settlement conferences. Therefore, all matters shall be referred to an appropriate form of Alternative Dispute Resolution (ADR) before they are set for trial, unless there is good cause to dispense with the ADR requirement.

*What is ADR?*

ADR is the general term for a wide variety of dispute resolution processes that are alternatives to litigation. Types of ADR processes include mediation, arbitration, neutral evaluation, special masters and referees, and settlement conferences, among others forms.

*What are the advantages of choosing ADR instead of litigation?*

ADR can have a number of advantages over litigation:

< **ADR can save time.** A dispute can be resolved in a matter of months, or even weeks, while litigation can take years.

< **ADR can save money.** Attorney's fees, court costs, and expert fees can be reduced or avoided altogether.

< **ADR provides more participation.** Parties have more opportunities with ADR to express their interests and concerns, instead of focusing exclusively on legal rights.

< **ADR provides more control and flexibility.** Parties can choose the ADR process that is most likely to bring a satisfactory resolution to their dispute.

< **ADR can reduce stress.** ADR encourages cooperation and communication, while discouraging the adversarial atmosphere of litigation. Surveys of parties who have participated in an ADR process have found much greater satisfaction than with parties who have gone through litigation.

*What are the main forms of ADR offered by the Court?*

< **Mediation** is an informal, confidential process in which a neutral party (the mediator) assists the parties in understanding their own interests, the interests of the other parties, and the practical and legal realities they all face. The mediator then helps the parties to explore options and arrive at a mutually acceptable resolution of the dispute. The mediator does not decide the dispute. The parties do.

< Mediation may be appropriate when:
  < The parties want a non-adversary procedure
  < The parties have a continuing business or personal relationship
  < Communication problems are interfering with a resolution
  < There is an emotional element involved
  < The parties are interested in an injunction, consent decree, or other form of equitable relief

*-over-*

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

CV-5003 REV 5/06          EXHIBIT A      21

< **Arbitration** is a normally informal process in which the neutral (the arbitrator) decides the dispute after hearing the evidence and arguments of the parties. The parties can agree to binding or non-binding arbitration. Binding arbitration is designed to give the parties a resolution of their dispute when they cannot agree by themselves or with a mediator. If the arbitration is non-binding, any party can reject the arbitrator's decision and request a trial.

Arbitration may be appropriate when:
< The action is for personal injury, property damage, or breach of contract
< Only monetary damages are sought
< Witness testimony, under oath, is desired
< An advisory opinion is sought from an experienced litigator (if a non-binding arbitration)

< **Neutral evaluation** is an informal process in which a neutral party (the evaluator) reviews the case with counsel and gives a non-binding assessment of the strengths and weaknesses on each side and the likely outcome. The neutral can help parties to identify issues, prepare stipulations, and draft discovery plans. The parties may use the neutral's evaluation to discuss settlement.

Neutral evaluation may be appropriate when:
< The parties are far apart in their view of the law or value of the case
< The case involves a technical issue in which the evaluator has expertise
< Case planning assistance would be helpful and would save legal fees and costs
< The parties are interested in an injunction, consent decree, or other form of equitable relief

< **Special masters and referees** are neutral parties who may be appointed by the court to obtain information or to make specific fact findings that may lead to a resolution of a dispute.

Special masters and referees can be particularly effective in complex cases with a number of parties, like construction disputes.

< **Settlement conferences** are informal processes in which the neutral (a judge or an experienced attorney) meets with the parties or their attorneys, hears the facts of the dispute, and normally suggests a resolution that the parties may accept or use as a basis for further negotiations.

Settlement conferences can be effective when the authority or expertise of the judge or experienced attorney may help the parties reach a resolution.

*What kind of disputes can be resolved by ADR?*

Although some disputes must go to court, almost any dispute can be resolved through ADR. This includes disputes involving business matters; civil rights; corporations; construction; consumer protection; contracts; copyrights; defamation; disabilities; discrimination; employment; environmental problems; harassment; health care; housing; insurance; intellectual property; labor; landlord/tenant; media; medical malpractice and other professional negligence; neighborhood problems; partnerships; patents; personal injury; probate; product liability; property damage; real estate; securities; and sports, among other matters.

*Where can you get assistance with selecting an appropriate form of ADR and a neutral for your case, for information about ADR procedures, or for other questions about ADR?*

  *Contact:*
  Santa Clara County Superior Court    Santa Clara County DRPA Coordinator
  ADR Administrator         408-792-2704
  408-882-2530

---

**ALTERNATIVE DISPUTE RESOLUTION INFORMATION SHEET/ CIVIL DIVISION**

CV-5003 REV 5/06  

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 26, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**

in a sealed envelope, postage fully paid, addressed as follows:

> Mark B. Fredkin, Esq.
> MORGAN, FRANICH, FREDKIN & MARSH
> 99 Almaden Blvd., Suite 1000
> San Jose, CA 95113-1613

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 26, 2007, at Los Angeles, California.

_Mary Musulman_
Mary Musulman

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-8681-2161 v1