| | |
|---|---|
| 1 | BURKE, WILLIAMS & SORENSEN, LLP |
| 2 | MICHAEL F. BELL, State Bar No. 89046 |
|   | E-Mail: mbell@bwslaw.com |
| 3 | 444 South Flower Street, Suite 2400 |
|   | Los Angeles, CA 90071-2953 |
| 4 | Telephone: (213) 236-0600 |
|   | Facsimile: (213) 236-2700 |
| 5 | Attorneys for Defendant |
| 6 | Stonebridge Life Insurance Company |

Filed SEP 2 7 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

ADR

E-FILING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

MARVIN CASTRO,

    Plaintiff,

v.

JC PENNEY LIFE INSURANCE COMPANY, STRONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,

    Defendant.

CASE NO. C07 04996

**DEFENDANT'S NOTICE OF INTERESTED PARTIES**

    The undersigned, counsel of record for Defendant Stonebridge Life Insurance Company, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

    1.    Plaintiff, Marvin Castro; and

/ / /

/ / /

/ / /

/ / /

2. Defendant, Stonebridge Life Insurance Company.

DATED: September 26, 2007

BURKE, WILLIAMS & SORENSEN, LLP
MICHEL F. BELL

By: /s/ Michael F. Bell
MICHAEL F. BELL
Attorneys for Defendant
Stonebridge Life Insurance Company

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 444 South Flower Street, Suite 2400, Los Angeles, California 90071-2953. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On September 26, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT'S NOTICE OF INTERESTED PARTIES**

in a sealed envelope, postage fully paid, addressed as follows:

> Mark B. Fredkin, Esq.
> MORGAN, FRANICH, FREDKIN & MARSH
> 99 Almaden Blvd., Suite 1000
> San Jose, CA 95113-1613

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 26, 2007, at Los Angeles, California.

_/s/ Mary Musulman_
Mary Musulman

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4837-8681-2161 v1