MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>　　　　　Defendants. | NO. C 07-04996 PVT<br><br>**PLAINTIFF'S DEMAND FOR TRIAL BY JURY**<br><br>(Complaint filed 8/10/2007) |

　　　Plaintiff, MARVIN CASTRO, hereby demands trial by jury.

Dated: September 28, 2008.　　　MORGAN, FRANICH, FREDKIN & MARSH

　　　　　　　　　　　　　　　　　　　　　　/s/ Mark B. Fredkin
　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　MARK B. FREDKIN
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　MARVIN CASTRO

---

C 07-04996 PVT
Plaintiff's Demand for Trial by Jury

**Re: Marvin Castro v. JC Penney Life Insurance Company, et al.**
**United States District Court, Northern District of Nevada, Case No. C 07-04996 PVT**

**CERTIFICATE OF SERVICE BY MAIL**

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

On the date indicated below, I served by mail a true copy of the following document(s): **PLAINTIFF'S DEMAND FOR TRIAL BY JURY.**

I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States Postal Service on the date listed below at San Jose, California.

Michael F. Bell, Esq.
Burke, Williams & Sorensen LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Telephone: (213) 236-0600
Facsimile: (213) 236-2700
E-Mail: mbell@bwslaw.com

Attorneys for Defendant
Stonebridge Life Insurance Company

Executed on October 3, 2007 at San Jose, California. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Maria Ramos
_____
Maria Ramos