MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO,<br><br>          Plaintiff,<br><br>vs.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>          Defendants. | NO. C 07-04996 PVT<br><br>**CERTIFICATE OF SERVICE BY MAIL**<br><br>(Complaint filed 8/10/2007) |

   I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action.  My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

   On the date indicated below, I served by mail a true copy of the following document: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.**

   I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service.  Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business.  The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed

1 | parties and such envelope(s) was (were) placed for collection and deposit with the United
2 | States Postal Service on the date listed below at San Jose, California.
3 | Michael F. Bell, Esq.
Burke, Williams & Sorensen LLP
4 | 444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
5 | Telephone: (213) 236-0600
Facsimile: (213) 236-2700
6 | E-Mail: mbell@bwslaw.com
7 | Attorneys for Defendant
Stonebridge Life Insurance Company
8 |
9 |         Executed on October 12, 2007, at San Jose, California.  I declare that I am employed
in the office of a member of the bar of this court at whose direction the service was made.
10 |
11 |                                        /s/
12 |                                        _____
                                           Maria Ramos

C 07-04996 PVT
Certificate of Service by Mail                                                             2