MARK B. FREDKIN, ESQ. [State Bar No. 53550]
DONN WASLIF, ESQ. [State Bar No. 164538]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone: (408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>　　　　　Defendants. | NO. C 07-04996 JF<br><br>**PLAINTIFF'S DISCLOSURE OF NON-PARTY INTERESTED ENTITIES/ PERSONS**<br><br>(Complaint filed 8/10/2007) |

The undersigned certifies that no other entities or persons are known to have any direct pecuniary interest in the outcome of this matter.

Dated: November 30, 2007        MORGAN, FRANICH, FREDKIN & MARSH

　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　DONN WASLIF
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　MARVIN CASTRO

C 07-04996 JF
PLAINTIFF'S DISCLOSURE OF NON-PARTY INTERESTED ENTITLES/PERSONS            1