UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, January 18, 2008
**Case Number:** CV-07-4996-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | MARVIN CASTRO   V.  JC PENNEY LIFE INSURANCE CO., ET AL |
|---|---|
| **PLAINTIFF** | **DEFENDANT** |
| Attorneys Present: Donn Waslif | Attorneys Present: Michael Bell |

PROCEEDINGS:

Case management conference held. Parties are present. Case is referred to private mediation. Continued to 5/9/08 at 10:30 a.m. for further case management conference.