MARK B. FREDKIN, ESQ. [State Bar No. 53550]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile: (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO,<br><br>    Plaintiff,<br><br>vs.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>    Defendants. | NO. C 07-04996 JF<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date:        May 9, 2008<br>Time:        10:30 a.m..<br>Courtroom:   3, 5th Floor<br>Judge:       Hon. Jeremy Fogel<br><br>(Complaint filed 8/10/2007) |

Plaintiff, MARVIN CASTRO, submits this second Case Management Statement to the Court upon return from formal, private mediation before Hon. Richard Hodge on April 23, 2008. A settlement was not reached. However, plaintiff believes that the case may benefit from further settlement discussions in the future.

Plaintiff is prepared to discuss the Joint Case Management Statement previously submitted to the Court (in December, 2007) and the parties' original, proposed schedule for this case including motion deadlines and a trial date. The parties are conducting discovery; and, both parties still intend to file summary judgement motions.

CASE MANAGEMENT STATEMENT

1

1
2  Dated: May 5, 2008                    MORGAN, FRANICH, FREDKIN & MARSH
3
4
                                         By _____
5                                           DONN WASLIF
                                            Attorneys for Plaintiff
6                                           MARVIN CASTRO
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CASE MANAGEMENT STATEMENT                                                    2

| | |
|---|---|
| 1 | MARK B. FREDKIN, ESQ. [State Bar No. 53550] |
| | DONN WASLIF, ESQ. [State Bar No. 164538] |
| 2 | MORGAN, FRANICH, FREDKIN & MARSH |
| | 99 Almaden Boulevard, Suite 1000 |
| 3 | San Jose, California 95113-1613 |
| | Telephone:(408) 288-8288 |
| 4 | Facsimile: (408) 288-8325 |
| 5 | Attorneys for Plaintiff |
| | MARVIN CASTRO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO, | NO. C 07-04996 JF |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | |
| JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10, | (Complaint filed 8/10/2007) |
| Defendants. | |

I, the undersigned, hereby certify that I am over the age of eighteen years and not a party to the within action. My business address is 99 Almaden Boulevard, Suite 1000, San Jose, California 95113-1606.

On the date indicated below, I served by mail a true copy of the following document: **CASE MANAGEMENT STATEMENT.** I am readily familiar with the practice of this business for collection and processing of documents for mailing with the United States Postal Service. Documents so collected and processed are placed for collection and deposit with the United States Postal Service that same day in the ordinary course of business. The above-referenced document(s) were placed in (a) sealed envelope(s) with postage thereon fully prepaid, addressed to each of the below listed parties and such envelope(s) was (were) placed for collection and deposit with the United States **Postal Service on the date listed below at**

C 07-04996 JF
Certificate of Service by Mail

1

1  San Jose, California.

2  **Attorneys for Defendant, STONEBRIDGE LIFE INSURANCE COMPANY**

3  Michael F. Bell, Esq.
   Burke, Williams & Sorensen LLP
4  444 South Flower Street, Suite 2400
   Los Angeles, CA 90071-2953
5
   Telephone: (213) 236-0600
6  Facsimile: (213) 236-2700
   E-Mail: mbell@bwslaw.com
7

8  Executed on **May 6, 2008**, at San Jose, California. I declare that I am employed in the

9  office of a member of the bar of this court at whose direction the service was made.

10

11  _____
    **DONNA OLSON**
12

---

C 07-04996 JF
Certificate of Service by Mail

2