## UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, May 9, 2008
**Case Number:** CV-07-4996-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **MARVIN CASTRO   V.  JC PENNEY LIFE INSURANCE CO.,  ET AL**

           **PLAINTIFF**                          **DEFENDANT**

   **Attorneys Present:  Donn Waslif**          **Attorneys Present: Michael Bell for Stonebridge**

---

PROCEEDINGS:

Further case management conference held.  Parties are present.  Case is set for hearing motions and further case management conference on 12/19/08 at 9:00 a.m.