MARK B. FREDKIN, ESQ. [State Bar No. 53550]
DONN WASLIF, ESQ. [State Bar No. 164538]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California  95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Plaintiff
MARVIN CASTRO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN CASTRO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>　　　　　　Defendants. | NO. C 07-04996 JF<br><br>**PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES**<br><br><br>Trial date:    None set |

**TO:  DEFENDANTS JC PENNEY LIFE INSURANCE COMPANY, STONEBRIDGE LIFE INSURANCE COMPANY, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff MARVIN CASTRO hereby submits the following list of witnesses whose expert opinions said plaintiff expects to offer in evidence at the trial on this matter:

**RETAINED EXPERTS**

1.　**Geoffrey Nunberg, Ph.D.**
School of Information Management and Systems, South Hall, Room 203A
University of California, Berkeley
Berkeley, CA 94720
(510)642-3159

In addition, plaintiff may utilize as experts any of the experts designated by defendants in this action.

Plaintiff reserves the right to designate subsequently identified additional expert witnesses and will immediately notify the parties of their identity and make them available for deposition prior to the trial herein.

Dated: August 14, 2008                    MORGAN, FRANICH, FREDKIN & MARSH

By _____

MARK B. FREDKIN
Attorneys for Plaintiff
MARVIN CASTRO

## DECLARATION OF MARK FREDKIN IN SUPPORT
## OF DEFENDANTS' DISCLOSURE OF EXPERT WITNESSES

I, MARK FREDKIN, declare:

I am an attorney at law, duly admitted to practice before all courts in the State of California. I am the attorney of record for Plaintiff MARVIN CASTRO herein.

The expert named below may be called upon to testify at the trial of this action:

1.        Geoffrey Nunberg is an Adjunct Full Professor at the School of Information Management and Systems at the University of California, Berkeley. A copy of his Curriculum Vitae is attached hereto as Exhibit 1.

It is anticipated that Mr. Nunberg will testify regarding linguistic interpretation of the provision in the life insurance policy issued by Defendants to Miriam Allyon that provides for accidental death benefits if an insured dies in an accident involving a "duly licensed common carrier while riding as a fare-paying passenger," where "common carrier" is defined in the policy as "an air, land, or water public conveyance operated under a license for regularly scheduled passenger service."

Mr. Nunberg has agreed to testify as an expert for the purposes of deposition and trial.

Mr. Nunberg's usual and customary fees are $425.00 per hour for deposition testimony and court testimony.

The report of the above-expert is attached hereto as Exhibit 2. Said expert will be sufficiently familiar with the pending action to submit to a meaningful oral deposition

1  concerning the specific testimony, including any opinion and its basis, that each expert is

2  expected to give at trial, in compliance with Code of Civil Procedure, Sections 2034.260.

3      I declare under penalty of perjury under the laws of the State of California that the

4  foregoing is true and correct, except as to those matters alleged herein upon my information

5  and belief as to those matters I believe the same to be true.

6      Executed on this 14th day of August, 2008, at San Jose, California.

7

8                    MARK FREDKIN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Geoffrey D. Nunberg

Curriculum Vitae
November, 2007

School of Information,
South Hall
University of California at Berkeley
nunberg@sims.berkeley.edu
510-642-3159
http://www-csli.stanford.edu/~nunberg/Nunberg.html

## Education:

| | |
|---|---|
| 1972-1977 | Department of Linguistics, Graduate Center, City University of New York. January 1978: Ph.D. awarded |
| 1971-1972 | Department of Linguistics, Graduate School of Arts and Sciences, University of Pennsylvania. 1972: M.A. awarded |
| 1969-1971 | School of General Studies, Columbia University. 1971: B.A. awarded |
| 1962-1964 | Columbia College, Columbia University |

## Positions:

| | |
|---|---|
| 2004- | Adjunct Full Professor, School of Information Management and Systems, University of California at Berkeley |
| 2002-2003 | Marta Sutton Weeks Fellow, Stanford Humanities Center |
| 2001- | Senior Researcher, Center for the Study of Language and Information, Stanford University |
| 1999 | Fulbright Distinguished Chair, University of Naples |
| 1986-2001 | Xerox Corporation, Corporate Research and Technology. 1995-2002, Principal Scientist, Xerox Palo Alto Research Center 1993-1995. Senior Research Scientist, Rank Xerox Research Centre, Grenoble, France |
| | 1986-1993, Senior Research scientist, Xerox Palo Alto Research Center |
| 1988-present | Consulting Full Professor, Department of Linguistics, Stanford University |
| 1980-1985 | Visiting Assistant Professor, Department of Linguistics, Stanford University. Researcher, Center for the Study of Language and Information |
| 1979-1980 | Assistant Professor, Department of Linguistics, U.C.L.A. |
| 1978-1979 | Fulbright Lecturer, University of Rome |
| 1977-1978 | Postdoctoral Fellow, Institute for Human Learning, University of California at Berkeley |
| 1976-1977 | Instructor, Department of English, Brooklyn College of C.U.N.Y. |
| 1975-1976 | Instructor, Department of Anthropology, Hunter College of C.U.N.Y. |

EXHIBIT __1__

**Geoffrey Nunberg**                              **Page 2**

**Other Affiliations:**

| | |
|---|---|
| 1984-2001 | Associate, Center for the Study of Language and Information, Stanford University |
| 1992-present | Membre Associé, Institut Jean Nicaud (Centre de Recherche en Epistémologie Appliquée) (CNRS), Paris |
| 1991 | Member of Faculty, Linguistic Society of America Summer Institute, University of California at Santa Cruz |
| 1999-present | Member of Board of Trustees, Center for Applied Linguistics |
| 1999-2002 | Member of Steering Committee, Coalition for Networked Information |
| 1998-present | Member of Scientific Board, Unversità degli Studi, San Marino |
| 1998-2002 | Member of Advisory Board, Ecole Nationale des Sciences de l'Information et des Bibliothèques, Lyon. |
| 1987-1995 | Affiliated Research Scientist, Institute for Research on Learning, Palo Alto, California |

**Areas of Specialization**

Linguistics and Natural Language:
    Semantics and pragmatics, lexical semantics and lexicography
    Structures and genres of written language
    Normative grammar and language criticism
    Language policy (US and comparative)
    Text classification technologies
    Language and politics

Technology and communication (history and theory)

**Courses Taught**

Graduate and undergraduate courses in semantics and pragmatics, language policy, discourse analysis, structure and history of English, language and literature, language and politics, cultural implications of digital technologies

**Grants, Awards, and Special Lectureships:**

| | |
|---|---|
| 2002-03 | Martha Sutton Weeks fellowship, Stanford Humanities Center. |
| 2002 | Fellow. Council of the Humanities, Princeton University. |
| 1999 | Language and the Public Interest Prize, Linguistic Society of America |
| 1998-99 | Fulbright Distinguished Chair, University of Naples |
| 1998 | Harry Ransom Distinguished Visiting Humanities Professorship, University of Texas |
| 1989 | Xerox Corporate Research Group Award for Excellence in Science and Technology |
| 1979-1980 | Fulbright Lectureship, University of Rome, |
| 1977-78 | NIMH Postdoctoral Fellowship, Institute for Human Learning, University of California, Berkeley |
| 1976-77 | NSF Dissertation Grant |

**Books and Monographs:**

*After Information* (with Paul Duguid), in prep.

*Talking Right,* PublicAffairs, 2006. (Named as one of the ten best nonfiction books of 2006 by *Washington Monthly*).

*Going Nucular: Language, Politics, and Culture in a Confrontational Age*, Public Affairs, 2004. (Named as one of the ten best nonfiction books of 2004 by Amazon.com, ten best books of 2004 by the San Jose *Mercury News*, best language book of 2004 by the Hartford *Courant*).

*The Way We Talk Now*. Houghton Mifflin, 2001.

*The Future of the Book.* (ed.). University of California Press. 1996. Published in Spanish as *El Futuro del Libro*, Ediciones Paidos, Barcelona.

*Punctuation: An Exercise in the Linguistics of Written Language*. CSLI and University of Chicago Press, 1990. Reprinted 1995. Second edition, 2001.

*The Pragmatics of Reference* (dissertation) Indiana University Linguistics Club, 1978.

**Scholarly Articles, Research, and Shorter Publications:**

Technological Determinism and the Digital Future (with Paul Duguid), to appear in as-yet untitled Cambridge University Press collection on the influence of Elisabeth Eisenstein, 2005, Eric N. Lindquist, ed.

Thinking About the Government, *The American Prospect*, April, 2005.

Privatization and the English Language, *The American Prospect*, February, 2005

Indexical Descriptions and Descriptive Indexicals, in *Descriptions and Beyond: An Interdisciplinary Collection of Essays on Definite and Indefinite Descriptions and Other Related Phenomena*, Marga Reimer and Anne Bezuidenhout, eds., Oxford University Press, 2004.

The Internet: A New Babel? in Tony Judt and Denis Lacorne, eds., *The Politics of Language: Language, Nation, and State*. Palgrave, 2004.

The Bloody Crossroads of Grammar and Politics, in Stephen Pinker, ed., *Best Science and Nature Writing, 2004*. Houghton Mifflin, 2004.

The Liberal Label, *The American Prospect*, September, 2003.

The Pragmatics of Deferred Reference, article in *The Handbook of Pragmatics*, Laurence Horn and Gregory Ward, eds. Blackwell, 2003.

Authoritativeness Grading, Estimation and Sorting (with Francine Chen and Ayman Farahat), in Procedings of the Twenty-Fifth Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, 2002.

Do You Know What it Means to Miss New Orleans? Philology and Semantics: *Linguistics and Philosophy*, 25, 5-6, December, 2002.

Punctuation and Text-Category Indicators (with Edward Briscoe and Rodney Huddleston), chapter of *The Cambridge Grammar of English*, Rodney Huddleston and Geoffrey K. Pullum, eds., Cambridge University Press. 2002.

The Internet Filter Farce. *The American Prospect*, January 1, 2001.

Will the Internet Speak English? *The American Prospect*, March 27, 2000. Reprinted in the *Guardian*, November 2000. Reprinted in *The Economics of Language*, ed. D, Lamberton, Edward Elgar Publishing, to appear.

Usage in the *American Heritage Dictionary*, introductory essay to the *American Heritage Dictionary*, Fourth Edition, 2000.

The Persistence of English, introductory essay to the *Norton Anthology of English Literature*, Seventh edition, M. H. Abrams and Stephen Greenblatt, eds., Norton Publishing, 1999.

Les Enjeux Linguistiques d'Internet, *Critique Internationale*, 1999, 4.
   Reprinted in *Le Multilinguisme et le Traitement de L'information*, F. Segond, ed., Editions Hermes, 2002.

Will Libraries Survive? *The American Prospect*, November-December, 1998.

L'Avenir des Bibliothèques Numériques. Actes du Colloque, "Le livre a-t-il un avenir?," Doc Forum, Lyon, 1998

Double Standards [the Ebonics controversy] *Natural Language and Linguistic Theory*, 15, 3. 1997.

Lingo jingo: Why English-only is a mistake. *The American Prospect,* July, 1997.
   Reprinted in Fred Pincus and Howard Erlich, eds., *Race and Ethnic Conflict: Contending Views on Prejudice, Discrimination, and Ethnoviolence*, Westview Press, 1988.
   Reprinted in Rebecca Wheeler, ed., *Language Alive*, Praeger, 1998.
   Reprinted in Barbara Mori, ed. *STAND: Race and Ethnicity*, CourseWise Publishing, Bellevue, Ia, 1999.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Procedings of The Annual Meeting, Association for Computational Linguistics, 1997.

L'Amérique par la Langue. *Cahiers de Médiologie*, April, 1997.

The View from Section Z [Linguistics as a science] Natural Language and Linguistic Theory, 14, 2. 1996.

Snowblind [On linguistic relativism]. *Natural Language and Linguistic Theory*, 14, 1. 1996

Farewell to the Information Age, in *The Future of the Book*, Geoffrey Nunberg, ed., University of California Press, 1996.

Gimcrack nation [Electronic discussion lists] *Natural Language and Linguistic Theory*, 13, 4. 1995.
   Reprinted (as "To Delete or Not to Delete") in *Lingua Franca*, January, 1996.

The Future of Multilingualism and Multilingual Technologies (with Annie Zaenen). In *Computational Linguistics in the Netherlands*, 1995.

Les Langues du Discours Electronique. In Actes du colloque "Langues et Sciences en Europe",  Roger Chartier and Pietro Corsi, eds., Ecole des Hautes Etudes en Sciences Sociales, Paris, November 1994.
   Reprinted in *Alliages*, December 1995.
   Reprinted in Italian, as Impiglati nella rete, *Sapere*, June, 1995.

Angels in America [Linguistic nativism], *Natural Language and Linguistic Theory*, 13, 2. 1995.

Meanings and Theories. In J.Klavans, ed., Procedings of AAAI Symposium on the Lexicon, March 1995.

A Touch of Crass: The popularizers we deserve, *Natural Language and Linguistic Theory*, 13, 1, 1995.

Transfers of Meaning. *Journal of Semantics*, Winter, 1995.

Les Télétheques. In Actes du Colloque "Va-t-on vivre par l'écran interposé?", Institut National de l'Audiovisuel, Paris, 1994, ed. Régis Debray.

Idioms (with Ivan Sag and Thomas Wasow). *Language*, 70: 3, September, 1994.

**Geoffrey Nunberg**                              **Page 5**

The Places of Books in the Age of Electronic Reproduction. *Representations* 24, Spring, 1993.
> Reprinted in *Future Libraries*, R. Howard Bloch and Carla Hesse, eds., University of California Press, 1994.

Indexicality and Deixis. *Linguistics and Philosophy*, 16: 1, 1993.

Text, Form, and Genre. Screening Words: Proceedings of 8th Annual Conference of Waterloo Center for the New OED, University of Waterloo, 1992

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen). Hannu Tommola, Krista Varantola, Tarja Salmi-Tolonen and Jürgen Schopp, eds., Proceedings of Euralex II, University of Tampere, Tampere, Finland, 1992.
> Reprinted in French translation in Linguistique Française, June, 1996

Two Kinds of Indexicality. Chris Barker and David Dowty, eds. Semantics and Linguistic Theory II, Ohio State, 1992.

Usage in the Dictionary. Introduction to the *American Heritage Dictionary*, Third Edition. Houghton Mifflin, 1992.

Reimagining America. James Crawford, ed. *Language Loyalties. A Sourcebook on the Official-Language Movement*. The University of Chicago Press, 1992.

The Official-English Movement. Karen Adams and Daniel Brink, eds., *Perspectives on Official English*, New York: Mouton, 1990.

From Criticism to Reference. *International Journal of Lexicography*, 3:1. 1990.

The Field of Linguistics. Publication of the Linguistic Society of America, 1990.

Indexicality in Contexts. Xerox PARC Tech Report, 1990.

What the Usage Panel Thinks. L. Michaels and C. Ricks, eds., *The State of the Language. University of California Press*, 1990.

Linguists and the Official Language Movement. Language, 66:3, September, 1989.

Common-Sense Semantics and the Lexicon. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Prosaic and Poetic Metaphors. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Contextualizing Individuation: "The same F." Papers from the Third West Coast Conference on Formal Linguistics, CSLI Publications, Stanford University, 1984.

Idioms: An Interim Report (with Thomas Wasow and Ivan Sag). Proceedings of the Plenary Sessions, XIII[th] International Congress of Linguists. Tokyo, 1982.

English and Good English. Introduction to *The American Heritage Dictionary*, Second College Edition. Boston: Houghton-Mifflin, 1982.

Validating Pragmatic Explanations. P. Cole, ed., *Radical Pragmatics*. New York: Academic Press, 1981.

The Reversal of a Reported Merger in Eighteenth-Century English. W. Labov, ed., *Locating Language in Space and Time*. New York: Academic Press, 1980.

Upper-class Speech in New York City. T. Shopen, ed., *Variation in the Structure and Use of English*. Boston: Newbury, 1980.

The Non-uniqueness of Semantic Solutions: Polysemy. *Linguistics and Philosophy*, 3:1, 1979.

Slang, Usage-conditions and l'Arbitraire du Signe. Papers from the Parasession on the Lexicon. Chicago: Chicago Linguistics Society, 1978.

Inferring Quantification in Generic Sentences (with Chiahua Pan). Proceedings of the
    Eleventh Annual Meeting, Chicago Linguistic Society.  Chicago:  Chicago
    Linguistics Society, 1975.

Syntactic Relations in Types and Tokens, in Proceedings of the Tenth Annual Meeting,
    Chicago Linguistic Society.  Chicago: Chicago Linguistics Society, 1974.

Two Problematic Mergers (with William Labov). W. Labov, M. Yaeger, and R. Steiner,
    *The Quantificational Study of Sound Change in Progres*s.  Philadelphia:  U.S.
    Regional Survey, 1974.

**Selected Book Reviews:**

Review of *The Power of Babel*, by John McWhorter, the Los Angeles *Times* Book
    Review, February 24, 2002.

Review of *Language and the Internet*, by David Crystal. *Nature,* January 15, 2002..

Review of *The Scientific Voice*, by  Scott Montgomery, *Science*, September 20,1996.
    Reprinted in Katherine Livingstone, ed., *Scientifically Yours*. Groupe Lavoisier, Paris,
    1997.

Story time (commentary on "About Design," by J. S. Brown and Paul Duguid).  *Human-
    Computer Interaction*, Winter, 1994.

Review of *Language of the Underworld*, by David Maurer. *The New York Times Book
    Review*, April 9, 1982.

Review of *The Psychology of Literacy*, by Sylvia Scribner and Michael Cole.  *The New
    York Times Book Review*, December 13, 1981.

Review of *Beyond the Letter*, by Israel Scheffler.  *The Philosophical Review*, 1981:2.

Review of *Forms of Talk*, by Erving Goffman.  *The New York Times Book Review*, March
    10, 1981.

**Electronic Publications:**

Time line of the history of information, for the Encyclopedia Britannica, CD-ROM
                    version.

The Field of Linguistics: Web project for the Linguistic Society of America. Co-editor,
            with Thomas Wasow. See http://www.lsadc.org/flxtitlepg.html

Regular contributor to the blog Language Log and *The New Republic*'s Open University
            blog.

**General-Interest Articles and Regularly Appearing Features:**

Bi- or triweekly commentaries on language and politics, Sunday *New York Times* Week
    in Review section, 2002-2006

Regular language commentaries, "Fresh Air," National Public Radio, 1989-present.
    Individual "Fresh Air" pieces published in various magazines in US and Europe.

Regular "Letter from America" features, BBC4, 2005-

Bimonthly features on language and the law for *California Lawyer*, 2000-2002

"Topic… Comment." Quarterly column, *Natural Language and Linguistic Theory*. 1994-
    1998.

Other commentaries and opinion pieces in the *Washington Post*, the *Los Angeles Times*,
    the *San Jose Mercury News*, *Newsday*, the *San Francisco Chronicle*, and the *Chicago
    Tribune*.

**Geoffrey Nunberg**                    **Page 7**

General interest articles in *The Atlantic*, *Forbes ASAP*, *Fortune*, *American Lawyer*,  and
*The American Prospect*.
A number of these articles and commentaries are available at my Web pages at
http://www-csli.stanford.edu/~nunberg

## Patents and Patent Applications:

A method of determining the authoritativeness of texts using surface features of untagged
texts, with Francine Chen and Ayman Farahat. US Patent application, 2002. (3
separate patents)
A method of automatically determining text genres using surface features of untagged
texts, with Hinrich Schuetze. US Patent application, 1997.
Processing natural-language text using autonomous punctuational structure (first-named
applicant, with Curtis Abbott and Brian Smith). US patent application 07/274,158
(1990) (Patent granted March 1991).
A method for manipulating digital data [natural-language structure editor] (first-named
applicant, with Tayloe Stansbury, Curtis Abbott, and Brian Smith). European patent
application 89312093.1-. (1989).

## Selected Presentations:

What Future for Scholarly Monographs?, keynote talk, International Forum of University
Publishing, Guadalajara, Mexico, November 2006.
Determining the Meanings of Words, invited talk, Conference on Language and Law,
University of Düsseldorf, Germany, May, 2006.
What it Means to Speak the Same Language, invited talk, Cognitive Science Program,
Rutgers University, March 2006.
The Shadow Cast by Language upon Truth, keynote talk, Western Humanities
Conference, UC Santa Cruz, Oct. 22, 2004
Linguistic Issues in Trademark Law, invited talk at Midwest Intellectual Property
Institute, Sept. 19, 2003.
The Future of Propaganda, McClatchy Lecture, Stanford University Department of
Communication, May 10, 2003.
Building the Democratic Brand, presentation to U.S. Senate Democratic Caucus,
Democratic Leadership Conference, May 1, 2003.
Language in the Public Eye, plenary talk, American Association of Applied Linguistics,
Washington, D.C., March, 2003.
Language Questions and Questions of Language (two lectures), Princeton Humanities
Council, November, 2002.
Why "Literacy"? Keynote talk, Conference on "Reading Literacy," Harvard Humanities
Center, April 12, 2002.
Can There be an Electronic Dictionary?, invited talk, ATLAN conference, Paris, January
24, 2002.
The Future of Paper, invited talk, Conference on "The Future of Paper as a
Communications Medium," Stockholm, March 20-22, 2001.
What Language for the Internet?, Keynote Address, Voice and Technology Forum, Santa
Clara, CA December 12, 2000

**Geoffrey Nunberg**                    **Page 8**

En Quête de l'Ordre des Livres Numériques, Annual UNESCO Lecture, University of Grenoble, May 10, 2000.

The Order of Electronic Discourse, Invited Address, Victoria Library Association, Melbourne Australia, February 2000.

Languages in a Wired World. Conference on "La politique de la langue," Centre d'Etudes et Recherches Internationales, Paris, October 2, 1998.

The Future of Academic Publishing. Conference on "The Endangered Monograph," Berkeley Humanities Center, April 12, 1998.

Le Papier et les Nouvelles Technologies de l'Impression. Conference on "Le devenir du papier moderne," Bibliotheque Nationale de France, December, 1997.

L'Avenir de la Bibliothèque, DocForum, Lyon, November, 1997.

Individual and Collective Semantics, Conference on the future of semantics, San Marino, November, 1997.

The Compositionality of Idioms, International Congress of Linguists, Paris, July, 1997.

Does Cyberspace have Boundaries? Panel on cyberspace and community. University of Indiana, 1997.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Annual Meeting, Association for Computational Linguistics, Madrid, 1997.

Variation in Written-Language Category Structure, keynote talk, ACL Workshop on punctuation and written language, Santa Cruz, CA, June 28, 1996.

Does the Book have a Future? Commonwealth Club of San Francisco, (broadcast on C-SPAN) June 4, 1996.

Regular Polysemy and Lexical Representation, plenary talk, Conference on the Lexicon, Courmayeur, Italy, September 6, 1996.

Underdetermination in the Lexicon, invited talk, conference on Lexical Underdetermination, Berlin, October 27, 1996.

Are there Universal Language Rights? Invited talk, Conference on Language Legislation and Linguistic Rights, University of Illinois, to be held March 20-23, 1996.

Language Standards and Language Science. Session on Language Standards and Language Science, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

The Technologies of Reputation, Keynote talk, Conference on Literature and Libraries, Columbia University, October 27, 1995.

*Maux d'Archive*: Preservation and access in electronic collections, CARL conference on "Retooling Academic Libaries for the Digitial Age," San Francisco, October 21, 1995.

Les Langues du Discours Electronique. Colloquium on *Sciences et Langues en Europe*, Ecole des Hautes Etudes en Sciences Sociales, Paris, November 14, 1994.

The once and Future Dictionary. Conference on Dictionaries and Information Technology, Grenoble, October 17-19, 1994.

Farewell to the Information Age. Conference on the Future of the Book, San Marino, July 28, 1994.

The Future of the Book. Keynote talk, Annual Meeting, American Association of University Presses, Washington, D. C., June 23, 1994.

Information in its Place. Plenary talk, Annual meeting, American Society of Information Science, Portland, May 22, 1994.

Geoffrey Nunberg                          Page 9

Remarques sur les Télétheques, Conference "Va-t-on vivre par l'ecran interposé?," University of the Sorbonne, Paris, April 15, 1994.

Transferts de Signification, Cognitive Science Seminar, Centre de Recherche en Epistémologie Appliquée, CNRS, Paris, Jan 20, 1994.

The Future of Information, Conference on The Electronic Book: A New Medium?, Grenoble, September 9, 1993.

Meaning and Metaphor, Invited address, Association for Computational Linguistics, Columbus, Ohio, June 20, 1993.

Taking Usage Seriously, Invited talk, Dictionary Society of North America, Las Vegas, May, 1993.

On Predicate Transfer, Invited talk, Conference on Lexical Universals, Dagstuhl, Germany, April, 1993.

Indexicality and Direct Reference, Conference on Context and Interpretation, Berkeley, March, 1993.

Dirty Words. Paper given at Special Session of Dickens Society on "Dirt," Modern Language Association, New York City, December, 1992.

Polysemy in Lexical Description. Conference on Computational Approaches to the Lexicon, Las Cruces, New Mexico; November 2, 1992.

Text, Form, and Genre, 8th Annual Conference of Waterloo Center for the New OED, Waterloo, Ontario, October, 1992.

The Shadow of Rruth, Conference on "Inscribing Grammar on Culture," Clark Library, Los Angeles, October, 1992.

The Compositionality of Phrasal Idioms (with Ivan Sag and Thomas Wasow), Conference on Idioms, Tilburg, Netherlands, September 1992.

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen), Annual Meeting of the European Association of Lexicography (Euralex), Tampere, Finland, August, 1992.

Indexicality and Deixis, Conference on the Pragmatics of What is Said, Centre de la Recherche en Epistémologie Appliquèe, Paris, June, 1992.

The Places of Books in the Age of Electronic Reproduction, Conference on Future Libraries, University of California, Berkeley, April, 1992.

Two Kinds of Indexicality, Conference on Semantics and Linguistic Theory, Columbus, Ohio, April, 1992.

Good Grammar and Good Taste: Eighteenth-century prescriptivism and theories of aesthetics, Annual Meeting, North American Association for the History of Linguistic Science, Philadelphia, January, 1992.

Le Varietà della Metafora, Conference on Topics in Semantic Theory, Università degli Studi, San Marino, December, 1991.

The Teaching of Grammar: a historical overview, Special session on Linguistics in the K-12 Curriculum. Annual Meeting, Linguistic Society of America, Chicago, December 28, 1991.

On Document Genres. Xerox Corporation Symposium on the Document, Stamford, CT, April 15, 1991.

Usage and Naturalism, Meeting of American Dialect Society, Atlanta, October, 1990.

Indexicality in Context, CNRS conference on Philosophie et les Sciences Cognitives, Cérisy-la-Salle, France, 1990.

A survey of Prescriptive Attitudes (with Kristin Hanson), Annual Meeting, Linguistic Society of America, New Orleans, 1988.

Linguistic Nationalism in the English tradition, Conference on Language Rights and Public Policy, Stanford University April 17-18, 1988.

American Attitudes toward Second-Language Learning, Annual Meeting, Advocates for Language Learning, San Francisco, 1988.

What the 'English-only' People are After, Colloquium on the Official Language movement,  Roundtable Conference on Languages and Linguistics, Georgetown University, 1987.

Common-Sense Semantics and Lexical Information, Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

Prosaic and Poetic Metaphors,  Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

What we talk about when we talk about grammar, Annual Meeting, National Council of Teachers of English; Detroit, Michigan, 1985.

Some Difficulties for Direct-Reference Theories. Conference on "Themes from Kaplan," Stanford University, April, 1984.

Individuation in Context,  Conference on Semantic Theory, Centro Di Studi Linguistici e Semiotici, Urbino, Italy, 1983.

Why there is no syntax of words, Conference on Morphology and Linguistic Theory, Stanford University, 1983.

Idiomaticity in Argumentation for Transformational Grammar, (with Ivan Sag and Thomas Wasow), U.C.L.A. Conference on the Extended Standard Theory, 1982.

'The same F,' NSF-CNRS Seminar on Discourse Comprehension, Cadarache, France, June, 1982.

The Compositionality of Idioms, (with Ivan Sag and Thomas Wasow), Annual Meeting, Linguistic Society of America, New York City, 1981.

The Case for Prescriptive Grammar, Conference on New Ways of Analyzing Linguistic Variation, Ann Arbor, 1981.

*Langue* and Competence:  The bases of idealization in linguistics," Colloquium on the Object of Linguistic Theory, Annual Meeting, Linguistic Society of America, San Antonio, 1980.

What do We Mean by 'The Same Language'? Annual Meeting, Berkeley Linguistics Society, 1980.

Deferred Interpretation and Direct Reference,  Sloan Workshop on Semantics, Asilomar, California, 1980.

Idealization in syntax and semantics, Conference on Pragmatics, Centro di Studi Linguistici e Semiotici, Urbino, 1979.

La Metafora nel Lessico, Conference on Metaphor, D.A.M.S., University of Bologna, 1979.

Methodology and Explanation in Sociolinguistics,  First Berkeley Conference on Sociolinguistics, 1978.

Sociolinguistics and Social History,  Conference on Linguistic Variation, S.U.N.Y. at Binghamton, 1976.

Lexical Ambiguity and Referential Indeterminacy, Annual Meeting, Linguistic Society of America, San Francisco, 1975.

**Geoffrey Nunberg**                                **Page 11**

The Semantics of Parenthetical Verbs, Annual Meeting, Linguistic Society of America,
    New York City, 1974.
English Pro-Complementizers, Annual Meeting, Linguistic Society of America, San
    Diego, 1973.
The Quantificational Study of a Sound Change in Progress: Social and linguistic setting,
    Summer Meeting, Linguistic Society of America, Ann Arbor, 1973.

**Invited Lectures:**

LINGUISTICS DEPARTMENTS

University of Arizona, 1988, 1997
University of British Columbia, 1992
Cambridge University, 1994, 1998
University of California, Berkeley, 1979, 1987, 1993, 1997, 2006
Edinburgh University 2002
Florida International University, 2007
Georgetown University, 1985, 2003
University of Grenoble, 1994
University of Illinois, 1989, 1995
University of Kentucky, 1991
University of California at Los Angeles, 1981, 1989
University of California at San Diego, 1997
Massachusetts Institute of Technology, 1986
University of Massachusetts, 2007
University of Naples, 1999
California State University at Northridge, 2003
Ohio State University, 1993
University of Pennsylvania, 1986, 1992
Pitzer College, 1995
Princeton University, 2002
University of Rome, La Sapienza, 1999
Rutgers University, 2006
San Jose State, 1995
University of California, Santa Cruz, 1984, 1991
University of Southern California, 1987
Stanford University, numerous colloquia
University of Strasbourg, 1993
University of Texas at Austin, 1987. 1998
University of Washington, 2004

OTHER DEPARTMENTS AND PROGRAMS

Max-Plank-Gesellschaft, Arbeitsgruppe Strukturelle Grammatik, Berlin 1996
Cognitive Science Program, University of Illinois, 1989

**Geoffrey Nunberg**                              **Page 12**

Cognitive Science Program, University of Edinburgh, 1994
Cognitive Science (ICSC), University of Pennsylvania, 1996
Computer Science, Yale University, 1988
Computer Science, University of Brighton, 1998
Computer Science, University of Pennsylvania, 1992
Communications, University of Grenoble, 2000
Communications, University of California at San Diego, 2002
Digital Libraries program, University of California, Berkeley, 1996
Digital Libraries program, Stanford University, 1996
English and Rhetoric, University of Southern California, 1987
English, Frei Universität, Berlin
English, University of California at Irvine, 1985
English, University of British Columbia, 1992
English, University of Michigan, 1986
English, Graduate Center of C.U.N.Y., 1998
English, University of California, Santa Cruz, 1984
English, University of Minnesota, 1979
Humanities Center, Yale University, 2007
Informatics, University of Edinburgh, 2002
Library Science, University of Texas, 1998
Library Science, University of Arizona, 1997
Library Science, University of California at Berkeley, 1992
Library Science, University of California at Los Angeles, 1999
Library Science, San Jose State, 1994
Library Science, Texas A&M University, 2007
Library, Stanford University, 1992
School of Information Management and Systems, U. C. Berkeley, 1999, 2003
National Foreign Language Center, Washington D.C., 1988
Natural Language Group, Bell Laboratories, 1985
Philosophy,  Stanford University, 1983, 1990
Philosophy, University of California at Berkeley, 1980
Philosophy, University of Bologna, 1980
Psychology, The American University, 1996
Istituto di Psicologia, CNR, Rome, 1979, 1983
CNRS, Groupe de Recherche sur la Cognition, Paris, 1992, 1994, 1998
CNRS, Groupe de Recherche sur les Orthographes et Systèmes d'Ecriture, Paris, 1992
American Association of University Presses, 1994, 1998
DAMS, University of Bologna, 1999

**Conferences, Conference Sessions, and Workshops Organized:**
The future of academic publishing. Workshop at annual meeting of American
    Association of University Presses, Berkeley, CA, October 14, 1998.

Does the book have a future? University of California, San Francisco, April 23, 1996.

Genre in Digitial Documents. Track of Hawaii International Conference on Systems Science, Maui, Jan 5-7, 1997. Also organized this session for 1998, 1999.

Fencing off the Public Sphere (Envelope technologies and fair use). Xerox PARC, May 5, 1996.

Language Standards and Linguistic Science. Conference session, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

Conference on the Future of the Book, San Marino, July 28-30, 1994. Co-sponsored by Rank Xerox European Research Centre, Grenoble, and the Center for Cognitive and Semiotic Studies, San Marino. (Co-organizer with Patrizia Violi, University of Bologna.)

Conference on The Electronic Book: A New Medium?, Grenoble, September 9-10, 1993. Co-sponsored by Rank Xerox European Research Centre and the Bibliothèque de France. Also subject of seminar presentation at RXRC inaguration, October 15, 1993.

NSF Conference on Digital Libraries, Xerox Palo Alto Research Center, March 10-11, 1992. (Co-organizer, with David Levy, Xerox PARC, and Y. T. Chien, NSF.)

Workshop on Linguistics and Lexicography, Center for the Study of Language and Information, Stanford University, April 18-19, 1991.

Special session on Linguistics in the K-12 curriculum, Annual Meeting, Linguistic Society of America, Chicago, January 11, 1991. (Co-Organizer with Penelope Eckert, Institute for Research on Learning.)

Conference on Language Rights and Public Policy, Stanford University, April 17-18, 1988. Sponsored by Californians United, ACLU, and NEA. (Co-organizer with Edward Chen, American Civil Liberties Union, and Martha Jimenez, MALDEF.)

**Legal Expert Work:**

U.S. District Court, Northern District of Texas, 2007. DVH Companies Inc. v. Bropf's Corporation. Expert report for defendant. Patton Boggs LLP, attorneys. (Trademark case.)

Trademark Trial and Appeals Board, Patent and Trademark Office, 2007. 3M Company v. Rollit LLC. Expert report for plaintiff. Fish and Richardson, attorneys. (Trademark case.)

U.S. District Court, Western District of Michigan, 2007. State of Michigan v. Little River Band of Ottawa Indians. Expert consulting for defendant. Kanji & Katzen, PLLC, attorneys. (Contract interpretation.)

Liberty Mutual Insurance v. Certain Underwriters at Lloyd's, of London, 2007. Expert report for plaintiff in arbitration proceeding. Choate, Hall & Stewart LLP, attorneys. (Contract interpretation)

Superior Court of the State of California, Los Angeles, 2006. Simon Marketing v. Ernst & Young. Expert work for defendant. Fulbright and Jaworski, attorneys. (Contract interpretation.)

U.S. District Court, District of Massachusetts, 2006. Cytologix v. Ventana Medical Systems, 2006. Expert testimony for defendant, Wilson Sonsini Goodrich & Rosati, attorneys. (Patent case)

California Court of Appeals, Sixth Appellate District, 2006. City of Oakland v. Pacific Renaissance Associates, 2006. Expert testimony for plaintiff. Sonnenschein, Nath, and Rosenthal, attorneys. (Contract interpretation)

**Geoffrey Nunberg**                    **Page 14**

Trademark Trial and Appeals Board, Patent and Trademark Office, 2006, Council of Ivy League Presidents v. Ivy Leagro. Expert report for petitioner, Lutzger & Lutzger, attorneys. (Trademark case)

U.S. District Court, Northern District of California, 2005. Jamdat Mobile, Inc. v. Jamster! International Ltd. Expert report for defendant. Arnold & Porter, attorneys. (Trademark case)

Delaware Court of Chancery, 2005. Expert report for defendant. American Legacy Foundation v. Lorillard Tobacco. Richards, Layton, & Finger, attorneys. (Contract interpretation)

Federal Trade Comission, 2004. Matter of Basic Research. Expert report for FTC. (Language of advertisement)

U.S. District Court, District of Minnesota, 2004. Master Craft Tool v. Stanley Works. Expert report for plaintiff. Winthrop & Weinstine, attorneys. (Trademark case)

Trademark Trial and Appeal Board, 2004. Noxell (Procter & Gamble) v. Viacom. Expert report for defendant. Morrison & Foerster, attorneys. (Trademark case)

U.S. District Court, Northern District of California, 2004. Monster Cable Products Inc. vs. Discovery Communications, Inc. Expert report for plaintiff. Cooper, White, and Cooper, attorneys. (Trademark case)

U.S. District Court, Southern District of California, 2004. Rudolph International Inc. v. Realys, Inc. Expert report for defendant. Heller and Edwards, attorneys. (Trademark case)

California Court of Appeals, Sixth Appellate District, 2004. Janet Gray Hayes v. Security National Insurance Company. Expert report for plaintiff. McManis, Faulkner, and Morgan, Attorneys. (Language of insurance policy)

U.S. District Court, District of Northern California, 2004. Verisign Inc. v. Visa USA Inc. Expert report for plaintiff, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, Attorneys. (Trademark case).

Superior Court of the State of California, 2003, Horn v. UnumProvident, Expert report for plaintiff, Hersh and Hersh, Attorneys. (Language of insurance policy)

U.S. District Court for the District of Delaware, 2003, Verizon Wireless v. Nextel Communications. Expert report and research for defendant. Fitch, Even, Tabin & Flannery, Attorneys. (Trademark case)

Superior Court of the State of California, 2003, Webster Bivens v. CSK Auto, Inc. aka Kragen Auto Parts. Michael A. Vacchio, attorney. (Language of advertisements)

Superior Court of the State of California, 2003, Annette Friskopf v. Sharon Silverstein, Expert report for defandant, Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Paul and Myra Bogdan v. Noble Broadcast Group, Expert report for defendant. Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Garza et al. v. GMAC. Expert report and trial testimony for defendant. Severson and Werson, Attorneys. (Language of statutory notice)

U.S. District Court, District of Oregon, 2002. Matthew Rausch et al. v. Hartford Financial Services. Expert report for defendant. Bullivant Houser Bailey, Attorneys. (Language of statutory notice)

U.S. District Court, Northern District of Illinois, 2002. Sears, Roebuck and Co. v. Menard, Inc. Expert report for defendant. Fish and Richardson, Attorneys. (Trademark case)

U.S. District Court, Eastern District of Pennsylvania, 2001. American Library Association v. U.S. Expert report and trial testimony for plaintiff, Jenner & Block, attorneys. (Constitutional challenge to Children's Internet Protection Act)

U.S. District Court, Central District of California, 2000; More Online v. More.com. Expert statement for defendant.  Fenwick & West, attorneys. (Trademark case)

California Court of Appeals, First Appellate District, Division 3, 2000. People v. Johnny Ralph Fanin. Expert statement for defendant. Zanzinger & Johnston, attorneys. (Criminal proceeding)

Superior Court of the State of California, 1999. California Consumers v. Columbia House Company. Expert statement for defendant. Heller Ehrman White & McAuliffe, attorneys. (Contract interpretation)

Trademark Trial and Appeals Board, Patent and Trademark Office, 1998-99; Harjo v. Pro-Football, Inc. Expert statement and trial depositions for petitioners (pro bono) Dorsey and Whitney, attorneys. (Trademark cancellation petition)

U.S. District Court, Southern District of New York, 1998; Raine v. CBS Inc., Expert statement and deposition for defendant. CBS Inc. legal department, attorneys. (Contract interpretation)

Superior Court of the State of California, 1997; Bertolucci v. Ananda Church of God. Expert statement for defendant. Rockhill, Schaiman, and Carr, attorneys. (civil action)

**Other Professional and Public Activities:**

Member of Board of Trustees, Center for Applied Lingistics, 1999-2004

Member of Steering Committee, Coalition for Networked Information, 1999-2003

Referee of articles or manuscripts: *Language*, *Linguistic Inquiry*, *General Linguistics*, *Linguistics and Philosophy*, *Recherches Linguistiques*, *Natural Language and Linguistic Theory, Philosophical Review, Synthese*, Yale University Press, Cambridge University Press, Stanford University Press, Oxford University Press, University of Chicago Press, MIT Press, D. Reidel, Sage Publishing.

Perennial reviewer for various program committees (WCCFL, SALT, etc.),

Referee of grant proposals: National Science Foundation (sections on linguistics, computer science, AI and robotics, psychology); National Foreign Language Center; National Institute of Mental Health, National Endowment for the Humanities.

Executive Committee, National Coalition for Language Rights (co-founder).

Committee on Political and Social Concerns, Linguistic Society of America, 1990-1997

Usage Editor, *The American Heritage Dictionary*, second edition.

Usage Editor and Chair of Usage Panel, *The American Heritage Dictionary*, third and fourth editions. Ongoing consultancy with Houghton Mifflin.

Host of programs for City Arts and Lectures, San Francisco (broadcast on NPR), 2001-: Interviewees include Eavan Boland, A. S. Byatt, Robert Hass, Maxine Hong Kingston, Michael Ondaatje, Simon Winchester, Tobias Wolff.

## Expert Report of Geoffrey Nunberg

Castro v. JC Penney Life Insurance et al.

June 27, 2008

## Scope of Retention, Qualifications and Summary of Opinion

### *Scope of Assignment*

1.  Morgan, Franich, Fredkin and Marsh LLP has retained me as an expert witness. I have been asked to give my opinion regarding the interpretation certain language in the life insurance policy (the Policy) issued by Defendants to Miram Allyon.

2.  In the course of preparing this opinion, I have reviewed various documents, including the Mediation Brief of Marvin Castro, the relevant sections of the Policy (POL 002, 003, 011, 012), the licenses held by Ranabol Tours, and the letter of Michael F. Bell ("Bell Letter") to Judge Richard Hodge dated April 18, 2008. I have also consulted various dictionaries, grammars, and court opinions, as referenced herein.

3.  As I continue to review additional information, I reserve the right to supplement, revise, or further explain the opinions set forth in this report.

### *Qualifications*

4.  I hold a B.A. from Columbia College, an M.A. in Linguistics from the University of Pennsylvania and a Ph.D. in Linguistics from the City University of New York. I am currently an Adjunct Full Professor at the School of Information Management and Systems at the University of California, Berkeley, where I teach courses in media and information technologies and serve also on the faculty of the Cognitive Science program. I am also a Senior Research Fellow at the Center for the Study of Language and Information at Stanford University. When on the linguistics faculty at Stanford, I taught graduate and undergraduate courses in semantics and pragmatics, lexicography, the structure of written language, and in other language-related areas. I have held visiting lectureships at the University of Rome, the University of Naples, and Princeton University.

5.  My principal areas of linguistic specialization are semantics, the study of the meanings of words and expressions, and pragmatics, the study of the way language is interpreted in context.

6.  I have published numerous papers in peer-refereed journals and other publications

1

EXHIBIT 2

on various aspects of linguistics. I am the author of books and articles dealing with syntax and semantics, language variation and use, and punctuation and the structure of written language. I am a regular contributor of commentaries on language to the National Public Radio program "Fresh Air" and have written regularly appearing features on language for *The New York Times* in its Sunday Week in Review section and in other periodicals. I have written several articles on language and the law, chiefly for *American Lawyer* and *California Lawyer,* including articles on the use of dictionaries and linguistic evidence in legal proceedings. I serve as Chair of the Usage Panel of the *American Heritage Dictionary* and have for many years been a consultant to the dictionary on questions of definition and usage.

7.    I have served as an expert witness in a number of civil, criminal, and trademark cases, including several cases involving the interpretation of insurance policies. I have been qualified as an expert witness in matters of word meaning and digital search and classification technologies.

8.    I am being compensated for my work on this matter at an hourly rate of $425 for preparing this declaration and for deposition and trial testimony.

9.    I have attached my curriculum vitae, which includes a list of my publications and the cases I have worked on as an expert witness, as Exhibit A to this report.

10.    I am not an attorney and have no specialized legal training or expertise. I also have no specialized knowledge of the insurance industry. In what follows I will speak only to the common or ordinary meanings of words as they would be understood by the average consumer and as they would be defined in a standard general-purpose dictionary (as opposed, e.g., to a legal dictionary or technical dictionary) according to the accepted techniques of lexicographical analysis.

11.    I have no personal knowledge of the facts of this case and for purposes of this report will assume the truth of the factual representations of Plaintiffs counsel. Except where noted, however, nothing in my analysis depends upon the correctness of those representations.

### *Summary of Opinions*

12.    I have been asked to address the interpretation of the language of the Policy that provides for accidental death benefits if an insured dies in an accident involving a "duly licensed common carrier while riding as a fare-paying passenger," where "common carrier" is defined in the policy as "an air, land, or water public conveyance operated under a license for regularly scheduled passenger service."

13.    Defendant contends (Bell letter) that the Policy language requires that the carrier (in

2

this case, Ranabol) must be specifically licensed to conduct regularly scheduled passenger service. This contention rests on two assumptions. First, Defendant assumes that the Policy wording "public conveyance operated under a license for regularly scheduled passenger service" is unambiguous, such that the phrase "for regular scheduled passenger service" can only be construed as modifying the noun "license," rather than the larger participial phrase "operated under a license." Second, Defendant assumes that under this reading, a "license for regularly scheduled passenger service" can refer only to a license that makes specific mention of the provision of such service.

14.    Neither of these assumptions is justified on linguistic grounds. I will take each of them up in turn.

**"License for regularly scheduled passenger service" does not apply only to licenses that specifically provide for the service described**

15.    For purposes of exposition, I will assume initially that Defendant is correct in interpreting the policy language "public conveyance operated under a license for regularly scheduled passenger service" so that "for regular scheduled passenger service" modifies only the noun "license," rather than the participial phrase "operated under a license." Defendant maintains (Bell Letter) that "the policy's coverage extends narrowly to those Common Carriers specifically licensed to conduct regularly scheduled passenger service," and that, inasmuch as "Ranabol does not have a specific license to provide regularly scheduled passenger service," the claim was properly denied.

16.    The words "specifically" and "specific" do not appear in the relevant clause of the Policy. Defendant's assumption, accordingly, must be that an insured would reasonably interpret "licensed" in context as equivalent to "specifically licensed." This assumption is inconsistent with the principles that people ordinarily invoke in interpreting words like "license. "

17.    The relevant sense of "license" is defined by the *Oxford English Dictionary* as "A formal, usually a printed or written permission from a constituted authority to do something." "License" is a noun of permission, along with nouns like "permission" and "authorization." In ordinary usage, we interpret the complements of such nouns (i.e., either the object of a following prepositional phrase, as in "authorization for the expenditures," or the following clause or infinitival, as in "permission to operate a bar") as *de re* rather than *de dicto*. That is, when we say that someone has permission or has a license to do X, we do not construe the permission as restricted only to X, but rather as extending to the range of activities that would normally be comprehended by or entailed by X. If, for example, you have a license to operate a bar, then you may conclude that you have been given legal permission to serve

3

drinks, purchase liquor, and so forth, even if those activities is not specifically mentioned in the written permission you have received. If you have been given a license to operate a tour service then you may conclude that you have been given official permission to convey customers by bus to various destinations, to sell tickets, to schedule tours, and so forth.

A moment's consideration will suffice to make clear that if such verbs were not construed in a *de re* fashion, the state could not possibly hope to regulate the range of activities subject to licensing -- and indeed, the performative use of permission words like "permission" and "authorization" would be rendered generally impossible. Giving someone permission to hold a high-school prom at your meeting hall, for example, would not *prima facie* entail granting the right to admit persons of both sexes, hang crepe paper, or play music.

18.    Note that if Defendant's reasoning were adopted, we would be led to absurd conclusions. Suppose, for example, that an insured should be killed in an accident when riding a bus whose operator had been given a license only to "operate a commercial bus service." Defendant could then argue that inasmuch as the operator was not *specifically* licensed to provide regularly scheduled passenger service, as required by the policy, the claim should be denied.

Since it is plausible to assume that a large proportion, and quite possibly the great majority, of common carriers do not in fact have licenses that *specifically* mention the provision of regularly scheduled passenger service, an insured who was operating under the assumption that the policy was to be interpreted as Defendant urges would have no assurance that he or she would be covered when he or she boards a commercial bus, train, ship, or airline, short of requesting a copy of the company's license on each occasion. Since that would be an unreasonable burden to impose on the insured, the insured could reasonably assume that the relevant language of the policy was to be interpreted in a broader way, and that the relevant license need not specifically stipulate the provision of regular passenger service so long as that would be a reasonable concomitant of the activity that was mentioned in the license. [1]

---

[1]It is hard to imagine why a licensing body would ever see the need to specify the provision of regularly scheduled service in its license to a carrier. Having given an operator a license to provide, e.g., passenger van service, what end would an airport authority accomplish if it were to go on to explicitly permit the operator to provide such service on a regularly scheduled basis? After all, the broader license would by itself allow the provision of regularly scheduled service, and the narrower one would not require it. There may very well exist licenses of carriers that contain such superfluous wording, but if we assume a reasonable level of intelligence on the part of licensing bodies, it is highly unlikely that such licenses constitute a large proportion of the licenses granted to common carriers. If Defendant insists that only incidents involving the bearers of such licenses can be covered, it is in effect vitiating the content of this clause of the

19.  Accordingly, a linguistically competent and rational consumer will assume that a license to engage in a certain general activity entails permission to engage in the specific activities that are ordinarily required by it, facilitate it, or are associated with it. For example a license granting permission to operate a taxi in San Francisco would naturally be construed as granting permission to make regular trips from the Hilton to the airport, since it would be unreasonable to assume that, absent a specific regulatory restriction, the responsible city agency intended that the taxi could be operated only for irregular or unscheduled service.

20.  Defendant (Bell letter) describes Ranabol's licenses as denoting it as a "tourist operator" (whatever that is supposed to mean in English) which is permitted to engage in "sports, adventures, excursions." These translations are inaccurate and overly narrow. The Spanish phrase *operador turistico* would cover virtually any sort of service offered to those who travel for pleasure. (The *Diccionario de la Lengua Española* of the Real Academia Española defines *turistico* as *Perteneciente o relativo al turismo*, pertaining to or related to tourism," and defines *turismo* as *Actividad o hecho de viajar por placer*, "Activity or act of traveling for pleasure. ") As for *servicios de diversión y esparciminento, Merriam Webster's Spanish-English Dictionary* defines *esparciminento* as "entertainment, recreation, relaxation," *diversión* as "fun, amusement," and *entretenimiento* as "entertainment, amusement." These are, in short, extremely broad authorizations that would permit a wide range of activities, among which the operation of regularly scheduled rafting trips would surely be a paradigmatic instance. To say that Ranabol did not have a license for such activities because its license did not specifically mention them is like saying that someone who has been given a license to operate an amusement park does not have a license to operate a carousel.

21.  Note that on this understanding of the meaning of "license to provide regularly scheduled passenger service" it is of absolutely no relevance whether Ranabol actually did operate its trips on a regularly scheduled basis, so long as its license would be reasonably construed as permitting the provision of such service. (A license to operate a bakery is assumed to imply permission to sell pies, but the licensee is under no legal obligation to do so.) Even reading the language of the policy as Defendant urges, it makes no reference whatsoever to the activities the operator actually engages in, but only to those that the operator is authorized to engage in.

**"For regularly scheduled passenger service" is not unambiguously associated exclusively with "license"**

---

policy.

22.  As I noted, defendant assumes that in the policy definition (POL 002) of "common carrier," the phrase "operated under a license for regularly scheduled passenger service" is unambiguously interpreted such that the prepositional phrase "for regularly scheduled passenger service" is immediately associated with "license" rather than with "operated."

That is, Defendant assumes that the structure is as:

operated [under a license [for regularly scheduled passenger service]]

Rather than as in:

[ operated [under a license]] [for regularly scheduled passenger service]

Defendant does not entertain the possibility that the phrase is ambiguous. Linguistically, however, both readings are available.

23.  Defendant might try to argue that in the case of an ambiguous reading an overriding principle of construction requires that the prepositional phrase be associated with the immediately adjacent constituent (see below). Note however, that in either reading this requirement would be structurally satisfied; the question is whether we take the relevant constituent to be only "license" or the phrase "operated under a license," both of which are immediately adjacent to the prepositional phrase at different levels of structure.

In any event, moreover, the status of such principles of construction is unclear. While they might be advanced, e.g., as principles of statutory construction for purposes of judicial interpretation, they can't be presumed to govern the way actual readers interpret texts, which is an empirical question and not one that can be resolved by fiat. Insofar as the point at issue here involves the interpretation that would be given by ordinary consumers to the language of the policy, potential ambiguities cannot be stipulated away.

24.  This point is relevant to defendant's contentions regarding the language in a separate policy issued by Defendant to an unrelated third party, which was held to narrowly and unambiguously extend coverage to common carriers specifically licensed to conduct regularly scheduled passenger service. Defendant contends that the language of that policy is so similar to the policy language in this case that the two policies should be interpreted identically. The other policy provided benefits for accidental death occurring in "a public conveyance ... operated by a duly licensed common carrier for regular passenger service." Defendant maintains that that language is unambiguous, and that "for regular passenger service" can only be construed as modifying "licensed" rather than "operated." This argument relies on a principle of

6

statutory interpretation that requires that "referential and qualifying words and phrases, where no contradictory intention appears, refer solely to the last antecedent."

25. As I noted, courts may adopt this principle for purposes of statutory interpretation, but they cannot stipulate that it is the way in which policyholders are obliged to interpret the language of their insurance policies, a matter that answers only to the facts of common usage.

26. Moreover, as I also noted, this principle would not distinguish between the two readings at stake, unless one interpreted" last antecedent" as meaning no more than "last word." By way of analogy, consider the sentence "She asked for a room in the ward with air conditioning." We might construe "with air conditioning" as modifying either "the ward" or "room in the ward"; in either case, the modified phrase would count as the "last antecedent" according to any syntactically valid account of the structure of the sentence in question.

27. Finally, and still more important here, in the particular language involved in the other policy, the construction favored by Defendant *could not* be consistent with the rules of English syntax that native speakers deploy in constructing and understanding sentences.

28. In the language in question in the other policy, "license" is a passive participle. Under the reading that Defendant urges, the prepositional phrase "for regular passenger service" is attached to the participle "licensed," and the whole is modified by "duly," to yield a structure as follows:

duly [licensed [for regular passenger service]]

As the Defendant reads it, this participial phrase is then applied to the noun phrase

"common carrier":

common carrier [duly [licensed [for regular passenger service]]]

29. In the text of the other policy, however, "common carrier" follows "duly licensed" and precedes "for regular passenger service." To arrive at the reading preferred by Defendant, accordingly, we would have to presume that some rule of English syntax allows one to break up the participial phrase "duly licensed for regular passenger service" and to insert the noun phrase "common carrier" between the participle "licensed" and the prepositional phrase attached to it, yielding a kind of "split tree" or discontinuous constituent, as linguists call it:

Common carrier [duly [licensed [for regular passenger service]]]

7

This constructions, however, is simply not grammatical in English.[2] By way of comparison, consider the participial phrase "lost for 100 years." We can speak of "a manuscript lost for 100 years," where the participial phrase beginning with "lost" follows the noun phrase it modifies. But we cannot break up the participial phrase so that the participle precedes the noun phrase and the prepositional phrase follows it:

*a lost manuscript for 100 years.

(According to the standard linguistic convention, I use an asterisk to designate ungrammatical sentences.) Accordingly, if we encounter the sentence

Archaeologists sought a lost manuscript for 100 years.

we can only associate the prepositional phrase "for 100 years" with the verb "sought," and not with the participle "lost": that is, we cannot invert "lost" and "manuscript" and preserve the sense of "a manuscript lost for 100 years."

30.   Analogously, in the policy wording in question, we cannot invert "common carrier" and "duly licensed" to arrive at the reading Defendant prefers. And obviously a reasonable person could not be required to interpret the language of the policy in ways that are inconsistent with the basic principles of English syntax. In the other policy, accordingly, we must assume that the language *unambiguously* associates "for regular passenger service" with "operated"; that is, it requires that a common carrier should be duly licensed and should operate regular passenger service. No other interpretation is linguistically available.

31.   As I noted, Defendant has described the language of the policy involved in the other policy as similar to the language of the policy here. I assume this means, at the very least, that the interpretation of the relation between "for regularly scheduled passenger service" and the requirement that the carrier be licensed is the same in both cases. Indeed, it would be extremely odd if the drafters of the policies intended that the similar wordings be construed with very different meanings in the two policies. But inasmuch as the wording in the other policy is unambiguous, the only way to preserve the identity of interpretation across the two policies is to construe the ambiguous wording of the Castro policy in a way that is consistent with the wording of the other policy. Failing that, we would have to assume an unaccountable shift of meaning between the two policies.

32.   Accordingly, the wording of the other policy provides a disambiguating context for the Castro policy, which entails that the phrase "for regularly scheduled passenger service" modifies the entire phrase "operated under a license." What is entailed, in

---

[2] I use "grammatical" in its linguistic sense to mean "consistent with the linguistic rules known to competent native speakers," rather than merely "correct" or "acceptable."

apply to most of these, since their licenses are presumably too general to satisfy Defendant's requirements.

33. As I noted, I am not in a position to know whether in fact Ranabol provides service on a regularly scheduled basis, as Plaintiff maintains. For the rest, though, it is indisputable that it provided passenger service. A passenger, as the *American Heritage* defines the term, is simply "A person who travels in a conveyance, such as a car or train, without participating in its operation," which would obviously apply to persons who pay to be taken on a raft excursion.[3] And "service" in the relevant sense means simply "A facility providing the public with the use of something, such as water or transportation," as the *American Heritage* defines the word, which again would clearly apply to the operation of rafting excursions for the public.

## Conclusion

I conclude that in its most probable reading, the language of the Policy should be interpreted as requiring only that the common carrier be licensed and that it operate regularly scheduled passenger service. Even if one accepts the construction of the phrase urged by Defendant, however, the language cannot be construed as meaning that the carrier must be specifically or explicitly licensed to operate regularly scheduled passenger service.

_____
Signed

_____
6/27/08

Date

---

[3] The *American Heritage* defines "conveyance" as "A means of conveying, especially a vehicle for transportation"; clearly a raft conveys persons from one place to another.

Nunberg report                                                                                         page 10

# Geoffrey D. Nunberg

Curriculum Vitae
November, 2007

School of Information,
South Hall
University of California at Berkeley
nunberg@sims.berkeley.edu
510-642-3159
http://www-csli.stanford.edu/~nunberg/Nunberg.html

## Education:

| | |
|---|---|
| 1972-1977 | Department of Linguistics, Graduate Center, City University of New York. January 1978: Ph.D. awarded |
| 1971-1972 | Department of Linguistics, Graduate School of Arts and Sciences, University of Pennsylvania. 1972: M.A. awarded |
| 1969-1971 | School of General Studies, Columbia University. 1971: B.A. awarded |
| 1962-1964 | Columbia College, Columbia University |

## Positions:

| | |
|---|---|
| 2004- | Adjunct Full Professor, School of Information Management and Systems, University of California at Berkeley |
| 2002-2003 | Marta Sutton Weeks Fellow, Stanford Humanities Center |
| 2001- | Senior Researcher, Center for the Study of Language and Information, Stanford University |
| 1999 | Fulbright Distinguished Chair, University of Naples |
| 1986-2001 | Xerox Corporation, Corporate Research and Technology. 1995-2002, Principal Scientist, Xerox Palo Alto Research Center 1993-1995. Senior Research Scientist, Rank Xerox Research Centre, Grenoble, France |
| | 1986-1993, Senior Research scientist, Xerox Palo Alto Research Center |
| 1988-present | Consulting Full Professor, Department of Linguistics, Stanford University |
| 1980-1985 | Visiting Assistant Professor, Department of Linguistics, Stanford University. Researcher, Center for the Study of Language and Information |
| 1979-1980 | Assistant Professor, Department of Linguistics, U.C.L.A. |
| 1978-1979 | Fulbright Lecturer, University of Rome |
| 1977-1978 | Postdoctoral Fellow, Institute for Human Learning, University of California at Berkeley |
| 1976-1977 | Instructor, Department of English, Brooklyn College of C.U.N.Y. |
| 1975-1976 | Instructor, Department of Anthropology, Hunter College of C.U.N.Y. |

Geoffrey Nunberg                          Page 2

**Other Affiliations:**

| | |
|---|---|
| 1984-2001 | Associate, Center for the Study of Language and Information, Stanford University |
| 1992-present | Membre Associé, Institut Jean Nicaud (Centre de Recherche en Epistémologie Appliquée) (CNRS), Paris |
| 1991 | Member of Faculty, Linguistic Society of America Summer Institute, University of California at Santa Cruz |
| 1999-present | Member of Board of Trustees, Center for Applied Linguistics |
| 1999-2002 | Member of Steering Committee, Coalition for Networked Information |
| 1998-present | Member of Scientific Board, Unverstà degli Studi, San Marino |
| 1998-2002 | Member of Advisory Board, Ecole Nationale des Sciences de l'Information et des Bibliothèques, Lyon. |
| 1987-1995 | Affiliated Research Scientist, Institute for Research on Learning, Palo Alto, California |

**Areas of Specialization**

Linguistics and Natural Language:
> Semantics and pragmatics, lexical semantics and lexicography
> Structures and genres of written language
> Normative grammar and language criticism
> Language policy (US and comparative)
> Text classification technologies
> Language and politics

Technology and communication (history and theory)

**Courses Taught**

Graduate and undergraduate courses in semantics and pragmatics, language policy, discourse analysis, structure and history of English, language and literature, language and politics, cultural implications of digital technologies

**Grants, Awards, and Special Lectureships:**

| | |
|---|---|
| 2002-03 | Martha Sutton Weeks fellowship, Stanford Humanities Center. |
| 2002 | Fellow. Council of the Humanities, Princeton University. |
| 1999 | Language and the Public Interest Prize, Linguistic Society of America |
| 1998-99 | Fulbright Distinguished Chair, University of Naples |
| 1998 | Harry Ransom Distinguished Visiting Humanities Professorship, University of Texas |
| 1989 | Xerox Corporate Research Group Award for Excellence in Science and Technology |
| 1979-1980 | Fulbright Lectureship, University of Rome, |
| 1977-78 | NIMH Postdoctoral Fellowship, Institute for Human Learning, University of California, Berkeley |
| 1976-77 | NSF Dissertation Grant |

**Books and Monographs:**

*After Information* (with Paul Duguid), in prep.

*Talking Right,* PublicAffairs, 2006. (Named as one of the ten best nonfiction books of 2006 by *Washington Monthly*).

*Going Nucular: Language, Politics, and Culture in a Confrontational Age*, Public Affairs, 2004. (Named as one of the ten best nonfiction books of 2004 by Amazon.com, ten best books of 2004 by the San Jose *Mercury News*, best language book of 2004 by the Hartford *Courant*).

*The Way We Talk Now.* Houghton Mifflin, 2001.

*The Future of the Book.* (ed.). University of California Press. 1996. Published in Spanish as *El Futuro del Libro*, Ediciones Paidos, Barcelona.

*Punctuation: An Exercise in the Linguistics of Written Language.* CSLI and University of Chicago Press, 1990. Reprinted 1995. Second edition, 2001.

*The Pragmatics of Reference* (dissertation) Indiana University Linguistics Club, 1978.

**Scholarly Articles, Research, and Shorter Publications:**

Technological Determinism and the Digital Future (with Paul Duguid), to appear in as-yet untitled Cambridge University Press collection on the influence of Elisabeth Eisenstein, 2005, Eric N. Lindquist, ed.

Thinking About the Government, *The American Prospect*, April, 2005.

Privatization and the English Language, *The American Prospect*, February, 2005

Indexical Descriptions and Descriptive Indexicals, in *Descriptions and Beyond: An Interdisciplinary Collection of Essays on Definite and Indefinite Descriptions and Other Related Phenomena*, Marga Reimer and Anne Bezuidenhout, eds., Oxford University Press, 2004.

The Internet: A New Babel? in Tony Judt and Denis Lacorne, eds., *The Politics of Language: Language, Nation, and State*. Palgrave, 2004.

The Bloody Crossroads of Grammar and Politics, in Stephen Pinker, ed., *Best Science and Nature Writing, 2004*. Houghton Mifflin, 2004.

The Liberal Label, *The American Prospect*, September, 2003.

The Pragmatics of Deferred Reference, article in *The Handbook of Pragmatics*, Laurence Horn and Gregory Ward, eds. Blackwell, 2003.

Authoritativeness Grading, Estimation and Sorting (with Francine Chen and Ayman Farahat), in Procedings of the Twenty-Fifth Annual International ACM-SIGIR Conference on Research and Development in Information Retrieval, 2002.

Do You Know What it Means to Miss New Orleans? Philology and Semantics: *Linguistics and Philosophy*, 25, 5-6, December, 2002.

Punctuation and Text-Category Indicators (with Edward Briscoe and Rodney Huddleston), chapter of *The Cambridge Grammar of English*, Rodney Huddleston and Geoffrey K. Pullum, eds., Cambridge University Press. 2002.

The Internet Filter Farce. *The American Prospect*, January 1, 2001.

Will the Internet Speak English? *The American Prospect*, March 27, 2000.
     Reprinted in the *Guardian*, November 2000.
     Reprinted in *The Economics of Language*, ed. D, Lamberton, Edward Elgar Publishing, to appear.

Usage in the *American Heritage Dictionary*, introductory essay to the *American Heritage Dictionary*, Fourth Edition, 2000.

The Persistence of English, introductory essay to the *Norton Anthology of English Literature*, Seventh edition, M. H. Abrams and Stephen Greenblatt, eds., Norton Publishing, 1999.

Les Enjeux Linguistiques d'Internet, *Critique Internationale*, 1999, 4.
Reprinted in *Le Multilinguisme et le Traitement de L'information*, F. Segond, ed., Editions Hermes, 2002.

Will Libraries Survive? *The American Prospect*, November-December, 1998.

L'Avenir des Bibliothèques Numériques. Actes du Colloque, "Le livre a-t-il un avenir?," Doc Forum, Lyon, 1998

Double Standards [the Ebonics controversy] *Natural Language and Linguistic Theory*, 15, 3. 1997.

Lingo jingo: Why English-only is a mistake. *The American Prospect,* July, 1997.
Reprinted in Fred Pincus and Howard Erlich, eds., *Race and Ethnic Conflict: Contending Views on Prejudice, Discrimination, and Ethnoviolence*, Westview Press, 1988.
Reprinted in Rebecca Wheeler, ed., *Language Alive*, Praeger, 1998.
Reprinted in Barbara Mori, ed. *STAND: Race and Ethnicity*, CourseWise Publishing, Bellevue, Ia, 1999.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Procedings of The Annual Meeting, Association for Computational Linguistics, 1997.

L'Amérique par la Langue. *Cahiers de Médiologie*, April, 1997.

The View from Section Z [Linguistics as a science] Natural Language and Linguistic Theory, 14, 2. 1996.

Snowblind [On linguistic relativism]. *Natural Language and Linguistic Theory*, 14, 1. 1996

Farewell to the Information Age, in *The Future of the Book*, Geoffrey Nunberg, ed., University of California Press, 1996.

Gimcrack nation [Electronic discussion lists] *Natural Language and Linguistic Theory*, 13, 4. 1995.
Reprinted (as "To Delete or Not to Delete") in *Lingua Franca*, January, 1996.

The Future of Multilingualism and Multilingual Technologies (with Annie Zaenen). In *Computational Linguistics in the Netherlands*, 1995.

Les Langues du Discours Electronique. In Actes du colloque "Langues et Sciences en Europe", Roger Chartier and Pietro Corsi, eds., Ecole des Hautes Etudes en Sciences Sociales, Paris, November 1994.
Reprinted in *Alliages*, December 1995.
Reprinted in Italian, as Impiglati nella rete, *Sapere*, June, 1995.

Angels in America [Linguistic nativism], *Natural Language and Linguistic Theory*, 13, 2. 1995.

Meanings and Theories. In J.Klavans, ed., Procedings of AAAI Symposium on the Lexicon, March 1995.

A Touch of Crass: The popularizers we deserve, *Natural Language and Linguistic Theory*, 13, 1, 1995.

Transfers of Meaning. *Journal of Semantics*, Winter, 1995.

Les Téléthèques. In Actes du Colloque "Va-t-on vivre par l'écran interposé?", Institut National de l'Audiovisuel, Paris, 1994, ed. Régis Debray.

Idioms (with Ivan Sag and Thomas Wasow). *Language*, 70: 3, September, 1994.

The Places of Books in the Age of Electronic Reproduction. *Representations* 24, Spring, 1993.
    Reprinted in *Future Libraries*, R. Howard Bloch and Carla Hesse, eds., University of California Press, 1994.

Indexicality and Deixis. *Linguistics and Philosophy*, 16: 1, 1993.

Text, Form, and Genre. Screening Words: Proceedings of 8th Annual Conference of Waterloo Center for the New OED, University of Waterloo, 1992

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen). Hannu Tommola, Krista Varantola, Tarja Salmi-Tolonen and Jürgen Schopp, eds., Proceedings of Euralex II, University of Tampere, Tampere, Finland, 1992.
    Reprinted in French translation in Linguistique Française, June, 1996

Two Kinds of Indexicality. Chris Barker and David Dowty, eds. Semantics and Linguistic Theory II, Ohio State, 1992.

Usage in the Dictionary. Introduction to the *American Heritage Dictionary*, Third Edition. Houghton Mifflin, 1992.

Reimagining America. James Crawford, ed. *Language Loyalties. A Sourcebook on the Official-Language Movement*. The University of Chicago Press, 1992.

The Official-English Movement. Karen Adams and Daniel Brink, eds., *Perspectives on Official English*, New York: Mouton, 1990.

From Criticism to Reference. *International Journal of Lexicography*, 3:1. 1990.

The Field of Linguistics. Publication of the Linguistic Society of America, 1990.

Indexicality in Contexts. Xerox PARC Tech Report, 1990.

What the Usage Panel Thinks. L. Michaels and C. Ricks, eds., *The State of the Language. University of California Press*, 1990.

Linguists and the Official Language Movement. Language, 66:3, September, 1989.

Common-Sense Semantics and the Lexicon. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Prosaic and Poetic Metaphors. Proceedings of the Third Conference on Theoretical Issues in Natural-Language Processing, 1987.

Contextualizing Individuation: "The same F." Papers from the Third West Coast Conference on Formal Linguistics, CSLI Publications, Stanford University, 1984.

Idioms: An Interim Report (with Thomas Wasow and Ivan Sag). Proceedings of the Plenary Sessions, XIII[th] International Congress of Linguists. Tokyo, 1982.

English and Good English. Introduction to *The American Heritage Dictionary*, Second College Edition. Boston: Houghton-Mifflin, 1982.

Validating Pragmatic Explanations. P. Cole, ed., *Radical Pragmatics*. New York: Academic Press, 1981.

The Reversal of a Reported Merger in Eighteenth-Century English. W. Labov, ed., *Locating Language in Space and Time*. New York: Academic Press, 1980.

Upper-class Speech in New York City. T. Shopen, ed., *Variation in the Structure and Use of English*. Boston: Newbury, 1980.

The Non-uniqueness of Semantic Solutions: Polysemy. *Linguistics and Philosophy*, 3:1, 1979.

Slang, Usage-conditions and l'Arbitraire du Signe. Papers from the Parasession on the Lexicon. Chicago: Chicago Linguistics Society, 1978.

Inferring Quantification in Generic Sentences (with Chiahua Pan). Proceedings of the Eleventh Annual Meeting, Chicago Linguistic Society.  Chicago:  Chicago Linguistics Society, 1975.

Syntactic Relations in Types and Tokens, in Proceedings of the Tenth Annual Meeting, Chicago Linguistic Society.  Chicago: Chicago Linguistics Society, 1974.

Two Problematic Mergers (with William Labov). W. Labov, M. Yaeger, and R. Steiner, *The Quantificational Study of Sound Change in Progres*s.  Philadelphia:  U.S. Regional Survey, 1974.

**Selected Book Reviews:**

Review of *The Power of Babel*, by John McWhorter, the Los Angeles *Times* Book Review, February 24, 2002.

Review of *Language and the Internet*, by David Crystal. *Nature,* January 15, 2002..

Review of *The Scientific Voice,* by Scott Montgomery, *Science*, September 20,1996. Reprinted in Katherine Livingstone, ed., *Scientifically Yours*. Groupe Lavoisier, Paris, 1997.

Story time (commentary on "About Design," by J. S. Brown and Paul Duguid).  *Human-Computer Interaction*, Winter, 1994.

Review of *Language of the Underworld*, by David Maurer. *The New York Times Book Review*, April 9, 1982.

Review of *The Psychology of Literacy*, by Sylvia Scribner and Michael Cole.  *The New York Times Book Review*, December 13, 1981.

Review of *Beyond the Letter*, by Israel Scheffler.  *The Philosophical Review*, 1981:2.

Review of *Forms of Talk*, by Erving Goffman.  *The New York Times Book Review*, March 10, 1981.

**Electronic Publications:**

Time line of the history of information, for the Encyclopedia Britannica, CD-ROM version.

The Field of Linguistics: Web project for the Linguistic Society of America. Co-editor, with Thomas Wasow. See http://www.lsadc.org/flxtitlepg.html

Regular contributor to the blog Language Log and *The New Republic*'s Open University blog.

**General-Interest Articles and Regularly Appearing Features:**

Bi- or triweekly commentaries on language and politics, Sunday *New York Times* Week in Review section, 2002-2006

Regular language commentaries, "Fresh Air," National Public Radio, 1989-present. Individual "Fresh Air" pieces published in various magazines in US and Europe.

Regular "Letter from America" features, BBC4, 2005-

Bimonthly features on language and the law for *California Lawyer*, 2000-2002

"Topic… Comment." Quarterly column, *Natural Language and Linguistic Theory*. 1994-1998.

Other commentaries and opinion pieces in the *Washington Post*, the *Los Angeles Times*, the *San Jose Mercury News*, *Newsday*, the *San Francisco Chronicle*, and the *Chicago Tribune*.

General interest articles in *The Atlantic*, *Forbes ASAP*, *Fortune*, *American Lawyer*, and *The American Prospect*.

A number of these articles and commentaries are available at my Web pages at http://www-csli.stanford.edu/~nunberg

**Patents and Patent Applications:**

A method of determining the authoritativeness of texts using surface features of untagged texts, with Francine Chen and Ayman Farahat. US Patent application, 2002. (3 separate patents)

A method of automatically determining text genres using surface features of untagged texts, with Hinrich Schuetze. US Patent application, 1997.

Processing natural-language text using autonomous punctuational structure (first-named applicant, with Curtis Abbott and Brian Smith). US patent application 07/274,158 (1990) (Patent granted March 1991).

A method for manipulating digital data [natural-language structure editor] (first-named applicant, with Tayloe Stansbury, Curtis Abbott, and Brian Smith). European patent application 89312093.1-. (1989).

**Selected Presentations:**

What Future for Scholarly Monographs?, keynote talk, International Forum of University Publishing, Guadalajara, Mexico, November 2006.

Determining the Meanings of Words, invited talk, Conference on Language and Law, University of Düsseldorf, Germany, May, 2006.

What it Means to Speak the Same Language, invited talk, Cognitive Science Program, Rutgers University, March 2006.

The Shadow Cast by Language upon Truth, keynote talk, Western Humanities Conference, UC Santa Cruz, Oct. 22, 2004

Linguistic Issues in Trademark Law, invited talk at Midwest Intellectual Property Institute, Sept. 19, 2003.

The Future of Propaganda, McClatchy Lecture, Stanford University Department of Communication, May 10, 2003.

Building the Democratic Brand, presentation to U.S. Senate Democratic Caucus, Democratic Leadership Conference, May 1, 2003.

Language in the Public Eye, plenary talk, American Association of Applied Linguistics, Washington, D.C., March, 2003.

Language Questions and Questions of Language (two lectures), Princeton Humanities Council, November, 2002.

Why "Literacy"? Keynote talk, Conference on "Reading Literacy," Harvard Humanities Center, April 12, 2002.

Can There be an Electronic Dictionary?, invited talk, ATLAN conference, Paris, January 24, 2002.

The Future of Paper, invited talk, Conference on "The Future of Paper as a Communications Medium," Stockholm, March 20-22, 2001.

What Language for the Internet?, Keynote Address, Voice and Technology Forum, Santa Clara, CA December 12, 2000

**Geoffrey Nunberg**                    **Page 8**

En Quête de l'Ordre des Livres Numériques, Annual UNESCO Lecture, University of Grenoble, May 10, 2000.

The Order of Electronic Discourse, Invited Address, Victoria Library Association, Melbourne Australia, February 2000.

Languages in a Wired World. Conference on "La politique de la langue," Centre d'Etudes et Recherches Internationales, Paris, October 2, 1998.

The Future of Academic Publishing. Conference on "The Endangered Monograph," Berkeley Humanities Center, April 12, 1998.

Le Papier et les Nouvelles Technologies de l'Impression. Conference on "Le devenir du papier moderne," Bibliotheque Nationale de France, December, 1997.

L'Avenir de la Bibliothèque, DocForum, Lyon, November, 1997.

Individual and Collective Semantics, Conference on the future of semantics, San Marino, November, 1997.

The Compositionality of Idioms, International Congress of Linguists, Paris, July, 1997.

Does Cyberspace have Boundaries? Panel on cyberspace and community. University of Indiana, 1997.

Automatic Classification of Genre (with Hinrich Schütze and Brett Kessler), Annual Meeting, Association for Computational Linguistics, Madrid, 1997.

Variation in Written-Language Category Structure, keynote talk, ACL Workshop on punctuation and written language, Santa Cruz, CA, June 28, 1996.

Does the Book have a Future? Commonwealth Club of San Francisco, (broadcast on C-SPAN) June 4, 1996.

Regular Polysemy and Lexical Representation, plenary talk, Conference on the Lexicon, Courmayeur, Italy, September 6, 1996.

Underdetermination in the Lexicon, invited talk, conference on Lexical Underdetermination, Berlin, October 27, 1996.

Are there Universal Language Rights? Invited talk, Conference on Language Legislation and Linguistic Rights, University of Illinois, to be held March 20-23, 1996.

Language Standards and Language Science. Session on Language Standards and Language Science, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

The Technologies of Reputation, Keynote talk, Conference on Literature and Libraries, Columbia University, October 27, 1995.

*Maux d'Archive*: Preservation and access in electronic collections, CARL conference on "Retooling Academic Libaries for the Digitial Age," San Francisco, October 21, 1995.

Les Langues du Discours Electronique. Colloquium on *Sciences et Langues en Europe*, Ecole des Hautes Etudes en Sciences Sociales, Paris, November 14, 1994.

The once and Future Dictionary. Conference on Dictionaries and Information Technology, Grenoble, October 17-19, 1994.

Farewell to the Information Age. Conference on the Future of the Book, San Marino, July 28, 1994.

The Future of the Book. Keynote talk, Annual Meeting, American Association of University Presses, Washington, D. C., June 23, 1994.

Information in its Place. Plenary talk, Annual meeting, American Society of Information Science, Portland, May 22, 1994.

**Geoffrey Nunberg**                           **Page 9**

Remarques sur les Télétheques, Conference "Va-t-on vivre par l'ecran interposé?," University of the Sorbonne, Paris, April 15, 1994.

Transferts de Signification, Cognitive Science Seminar, Centre de Recherche en Epistémologie Appliquée, CNRS, Paris, Jan 20, 1994.

The Future of Information, Conference on The Electronic Book: A New Medium?, Grenoble, September 9, 1993.

Meaning and Metaphor, Invited address, Association for Computational Linguistics, Columbus, Ohio, June 20, 1993.

Taking Usage Seriously, Invited talk, Dictionary Society of North America, Las Vegas, May, 1993.

On Predicate Transfer, Invited talk, Conference on Lexical Universals, Dagstuhl, Germany, April, 1993.

Indexicality and Direct Reference, Conference on Context and Interpretation, Berkeley, March, 1993.

Dirty Words. Paper given at Special Session of Dickens Society on "Dirt," Modern Language Association, New York City, December, 1992.

Polysemy in Lexical Description. Conference on Computational Approaches to the Lexicon, Las Cruces, New Mexico; November 2, 1992.

Text, Form, and Genre, 8th Annual Conference of Waterloo Center for the New OED, Waterloo, Ontario, October, 1992.

The Shadow of Rruth, Conference on "Inscribing Grammar on Culture," Clark Library, Los Angeles, October, 1992.

The Compositionality of Phrasal Idioms (with Ivan Sag and Thomas Wasow), Conference on Idioms, Tilburg, Netherlands, September 1992.

Systematic Polysemy in Lexicology and Lexicography (with Annie Zaenen), Annual Meeting of the European Association of Lexicography (Euralex), Tampere, Finland, August, 1992.

Indexicality and Deixis, Conference on the Pragmatics of What is Said, Centre de la Recherche en Epistémologie Appliquèe, Paris, June, 1992.

The Places of Books in the Age of Electronic Reproduction, Conference on Future Libraries, University of California, Berkeley, April, 1992.

Two Kinds of Indexicality, Conference on Semantics and Linguistic Theory, Columbus, Ohio, April, 1992.

Good Grammar and Good Taste: Eighteenth-century prescriptivism and theories of aesthetics, Annual Meeting, North American Association for the History of Linguistic Science, Philadelphia, January, 1992.

Le Varietà della Metafora, Conference on Topics in Semantic Theory, Università degli Studi, San Marino, December, 1991.

The Teaching of Grammar: a historical overview, Special session on Linguistics in the K-12 Curriculum. Annual Meeting, Linguistic Society of America, Chicago, December 28, 1991.

On Document Genres. Xerox Corporation Symposium on the Document, Stamford, CT, April 15, 1991.

Usage and Naturalism, Meeting of American Dialect Society, Atlanta, October, 1990.

Indexicality in Context, CNRS conference on Philosophie et les Sciences Cognitives, Cérisy-la-Salle, France, 1990.

**Geoffrey Nunberg**                    **Page 10**

A survey of Prescriptive Attitudes (with Kristin Hanson), Annual Meeting, Linguistic Society of America, New Orleans, 1988.

Linguistic Nationalism in the English tradition, Conference on Language Rights and Public Policy, Stanford University April 17-18, 1988.

American Attitudes toward Second-Language Learning, Annual Meeting, Advocates for Language Learning, San Francisco, 1988.

What the 'English-only' People are After, Colloquium on the Official Language movement, Roundtable Conference on Languages and Linguistics, Georgetown University, 1987.

Common-Sense Semantics and Lexical Information, Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

Prosaic and Poetic Metaphors, Third Conference on Theoretical Issues in Natural-Language Processing, Las Cruces, NM, 1987.

What we talk about when we talk about grammar, Annual Meeting, National Council of Teachers of English; Detroit, Michigan, 1985.

Some Difficulties for Direct-Reference Theories. Conference on "Themes from Kaplan," Stanford University, April, 1984.

Individuation in Context, Conference on Semantic Theory, Centro Di Studi Linguistici e Semiotici, Urbino, Italy, 1983.

Why there is no syntax of words, Conference on Morphology and Linguistic Theory, Stanford University, 1983.

Idiomaticity in Argumentation for Transformational Grammar, (with Ivan Sag and Thomas Wasow), U.C.L.A. Conference on the Extended Standard Theory, 1982.

'The same F,' NSF-CNRS Seminar on Discourse Comprehension, Cadarache, France, June, 1982.

The Compositionality of Idioms, (with Ivan Sag and Thomas Wasow), Annual Meeting, Linguistic Society of America, New York City, 1981.

The Case for Prescriptive Grammar, Conference on New Ways of Analyzing Linguistic Variation, Ann Arbor, 1981.

*Langue* and Competence: The bases of idealization in linguistics," Colloquium on the Object of Linguistic Theory, Annual Meeting, Linguistic Society of America, San Antonio, 1980.

What do We Mean by 'The Same Language'? Annual Meeting, Berkeley Linguistics Society, 1980.

Deferred Interpretation and Direct Reference, Sloan Workshop on Semantics, Asilomar, California, 1980.

Idealization in syntax and semantics, Conference on Pragmatics, Centro di Studi Linguistici e Semiotici, Urbino, 1979.

La Metafora nel Lessico, Conference on Metaphor, D.A.M.S., University of Bologna, 1979.

Methodology and Explanation in Sociolinguistics, First Berkeley Conference on Sociolinguistics, 1978.

Sociolinguistics and Social History, Conference on Linguistic Variation, S.U.N.Y. at Binghamton, 1976.

Lexical Ambiguity and Referential Indeterminacy, Annual Meeting, Linguistic Society of America, San Francisco, 1975.

**Geoffrey Nunberg**                    **Page 11**

The Semantics of Parenthetical Verbs, Annual Meeting, Linguistic Society of America, New York City, 1974.

English Pro-Complementizers, Annual Meeting, Linguistic Society of America, San Diego, 1973.

The Quantificational Study of a Sound Change in Progress: Social and linguistic setting, Summer Meeting, Linguistic Society of America, Ann Arbor, 1973.

**Invited Lectures:**

LINGUISTICS DEPARTMENTS

University of Arizona, 1988, 1997
University of British Columbia, 1992
Cambridge University, 1994, 1998
University of California, Berkeley, 1979, 1987, 1993, 1997, 2006
Edinburgh University 2002
Florida International University, 2007
Georgetown University, 1985, 2003
University of Grenoble, 1994
University of Illinois, 1989, 1995
University of Kentucky, 1991
University of California at Los Angeles, 1981, 1989
University of California at San Diego, 1997
Massachusetts Institute of Technology, 1986
University of Massachusetts, 2007
University of Naples, 1999
California State University at Northridge, 2003
Ohio State University, 1993
University of Pennsylvania, 1986, 1992
Pitzer College, 1995
Princeton University, 2002
University of Rome, La Sapienza, 1999
Rutgers University, 2006
San Jose State, 1995
University of California, Santa Cruz, 1984, 1991
University of Southern California, 1987
Stanford University, numerous colloquia
University of Strasbourg, 1993
University of Texas at Austin, 1987. 1998
University of Washington, 2004

OTHER DEPARTMENTS AND PROGRAMS

Max-Plank-Gesellschaft, Arbeitsgruppe Strukturelle Grammatik, Berlin 1996
Cognitive Science Program, University of Illinois, 1989

**Geoffrey Nunberg**                    **Page 12**

Cognitive Science Program, University of Edinburgh, 1994
Cognitive Science (ICSC), University of Pennsylvania, 1996
Computer Science, Yale University, 1988
Computer Science, University of Brighton, 1998
Computer Science, University of Pennsylvania, 1992
Communications, University of Grenoble, 2000
Communications, University of California at San Diego, 2002
Digital Libraries program, University of California, Berkeley, 1996
Digital Libraries program, Stanford University, 1996
English and Rhetoric, University of Southern California, 1987
English, Frei Universität, Berlin
English, University of California at Irvine, 1985
English, University of British Columbia, 1992
English, University of Michigan, 1986
English, Graduate Center of C.U.N.Y., 1998
English, University of California, Santa Cruz, 1984
English, University of Minnesota, 1979
Humanities Center, Yale University, 2007
Informatics, University of Edinburgh, 2002
Library Science, University of Texas, 1998
Library Science, University of Arizona, 1997
Library Science, University of California at Berkeley, 1992
Library Science, University of California at Los Angeles, 1999
Library Science, San Jose State, 1994
Library Science, Texas A&M University, 2007
Library, Stanford University, 1992
School of Information Management and Systems, U. C. Berkeley, 1999, 2003
National Foreign Language Center, Washington D.C., 1988
Natural Language Group, Bell Laboratories, 1985
Philosophy, Stanford University, 1983, 1990
Philosophy, University of California at Berkeley, 1980
Philosophy, University of Bologna, 1980
Psychology, The American University, 1996
Istituto di Psicologia, CNR, Rome, 1979, 1983
CNRS, Groupe de Recherche sur la Cognition, Paris, 1992, 1994, 1998
CNRS, Groupe de Recherche sur les Orthographes et Systèmes d'Ecriture, Paris, 1992
American Association of University Presses, 1994, 1998
DAMS, University of Bologna, 1999

**Conferences, Conference Sessions, and Workshops Organized:**
The future of academic publishing. Workshop at annual meeting of American
    Association of University Presses, Berkeley, CA, October 14, 1998.

**Geoffrey Nunberg**                                        **Page 13**

Does the book have a future? University of California, San Francisco, April 23, 1996.

Genre in Digitial Documents. Track of Hawaii International Conference on Systems Science, Maui, Jan 5-7, 1997. Also organized this session for 1998, 1999.

Fencing off the Public Sphere (Envelope technologies and fair use). Xerox PARC, May 5, 1996.

Language Standards and Linguistic Science. Conference session, Annual Meeting, American Association for the Advancement of Science. To be held February 28, 1996.

Conference on the Future of the Book, San Marino, July 28-30, 1994. Co-sponsored by Rank Xerox European Research Centre, Grenoble, and the Center for Cognitive and Semiotic Studies, San Marino. (Co-organizer with Patrizia Violi, University of Bologna.)

Conference on The Electronic Book: A New Medium?, Grenoble, September 9-10, 1993. Co-sponsored by Rank Xerox European Research Centre and the Bibliothèque de France. Also subject of seminar presentation at RXRC inaguration, October 15, 1993.

NSF Conference on Digital Libraries, Xerox Palo Alto Research Center, March 10-11, 1992. (Co-organizer, with David Levy, Xerox PARC, and Y. T. Chien, NSF.)

Workshop on Linguistics and Lexicography, Center for the Study of Language and Information, Stanford University, April 18-19, 1991.

Special session on Linguistics in the K-12 curriculum, Annual Meeting, Linguistic Society of America, Chicago, January 11, 1991. (Co-Organizer with Penelope Eckert, Institute for Research on Learning.)

Conference on Language Rights and Public Policy, Stanford University, April 17-18, 1988. Sponsored by Californians United, ACLU, and NEA. (Co-organizer with Edward Chen, American Civil Liberties Union, and Martha Jimenez, MALDEF.)

**Legal Expert Work:**

U.S. District Court, Northern District of Texas, 2007. DVH Companies Inc. v. Bropf's Corporation. Expert report for defendant. Patton Boggs LLP, attorneys. (Trademark case.)

Trademark Trial and Appeals Board, Patent and Trademark Office, 2007. 3M Company v. Rollit LLC. Expert report for plaintiff. Fish and Richardson, attorneys. (Trademark case.)

U.S. District Court, Western District of Michigan, 2007. State of Michigan v. Little River Band of Ottawa Indians. Expert consulting for defendant. Kanji & Katzen, PLLC, attorneys. (Contract interpretation.)

Liberty Mutual Insurance v. Certain Underwriters at Lloyd's, of London, 2007. Expert report for plaintiff in arbitration proceeding. Choate, Hall & Stewart LLP, attorneys. (Contract interpretation)

Superior Court of the State of California, Los Angeles, 2006. Simon Marketing v. Ernst & Young. Expert work for defendant. Fulbright and Jaworski, attorneys. (Contract interpretation.)

U.S. District Court, District of Massachusetts, 2006. Cytologix v. Ventana Medical Systems, 2006. Expert testimony for defendant, Wilson Sonsini Goodrich & Rosati, attorneys. (Patent case)

California Court of Appeals, Sixth Appellate District, 2006. City of Oakland v. Pacific Renaissance Associates, 2006. Expert testimony for plaintiff. Sonnenschein, Nath, and Rosenthal, attorneys. (Contract interpretation)

Trademark Trial and Appeals Board, Patent and Trademark Office, 2006, Council of Ivy League Presidents v. Ivy Leagro. Expert report for petitioner, Lutzger & Lutzger, attorneys. (Trademark case)

U.S. District Court, Northern District of California, 2005. Jamdat Mobile, Inc. v. Jamster! International Ltd. Expert report for defendant. Arnold & Porter, attorneys. (Trademark case)

Delaware Court of Chancery, 2005. Expert report for defendant. American Legacy Foundation v. Lorillard Tobacco. Richards, Layton, & Finger, attorneys. (Contract interpretation)

Federal Trade Comission, 2004. Matter of Basic Research. Expert report for FTC. (Language of advertisement)

U.S. District Court, District of Minnesota, 2004. Master Craft Tool v. Stanley Works. Expert report for plaintiff. Winthrop & Weinstine, attorneys. (Trademark case)

Trademark Trial and Appeal Board, 2004. Noxell (Procter & Gamble) v. Viacom. Expert report for defendant. Morrison & Foerster, attorneys. (Trademark case)

U.S. District Court, Northern District of California, 2004. Monster Cable Products Inc. vs. Discovery Communications, Inc. Expert report for plaintiff. Cooper, White, and Cooper, attorneys. (Trademark case)

U.S. District Court, Southern District of California, 2004. Rudolph International Inc. v. Realys, Inc. Expert report for defendant. Heller and Edwards, attorneys. (Trademark case)

California Court of Appeals, Sixth Appellate District, 2004. Janet Gray Hayes v. Security National Insurance Company. Expert report for plaintiff. McManis, Faulkner, and Morgan, Attorneys. (Language of insurance policy)

U.S. District Court, District of Northern California, 2004. Verisign Inc. v. Visa USA Inc. Expert report for plaintiff, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, Attorneys. (Trademark case).

Superior Court of the State of California, 2003, Horn v. UnumProvident, Expert report for plaintiff, Hersh and Hersh, Attorneys. (Language of insurance policy)

U.S. District Court for the District of Delaware, 2003, Verizon Wireless v. Nextel Communications. Expert report and research for defendant. Fitch, Even, Tabin & Flannery, Attorneys. (Trademark case)

Superior Court of the State of California, 2003, Webster Bivens v. CSK Auto, Inc. aka Kragen Auto Parts. Michael A. Vacchio, attorney. (Language of advertisements)

Superior Court of the State of California, 2003, Annette Friskopf v. Sharon Silverstein, Expert report for defandant, Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Paul and Myra Bogdan v. Noble Broadcast Group, Expert report for defendant. Gray Cary Ware & Friedrich, Attorneys. (Defamation case)

Superior Court of the State of California, 2003, Garza et al. v. GMAC. Expert report and trial testimony for defendant. Severson and Werson, Attorneys. (Language of statutory notice)

U.S. District Court, District of Oregon, 2002. Matthew Rausch et al. v. Hartford Financial Services. Expert report for defendant. Bullivant Houser Bailey, Attorneys. (Language of statutory notice)

U.S. District Court, Northern District of Illinois, 2002. Sears, Roebuck and Co. v. Menard, Inc. Expert report for defendant. Fish and Richardson, Attorneys. (Trademark case)

U.S. District Court, Eastern District of Pennsylvania, 2001. American Library Association v. U.S. Expert report and trial testimony for plaintiff, Jenner & Block, attorneys. (Constitutional challenge to Children's Internet Protection Act)

U.S. District Court, Central District of California, 2000; More Online v. More.com. Expert statement for defendant. Fenwick & West, attorneys. (Trademark case)

California Court of Appeals, First Appellate District, Division 3, 2000. People v. Johnny Ralph Fanin. Expert statement for defendant. Zanzinger & Johnston, attorneys. (Criminal proceeding)

Superior Court of the State of California, 1999. California Consumers v. Columbia House Company. Expert statement for defendant. Heller Ehrman White & McAuliffe, attorneys. (Contract interpretation)

Trademark Trial and Appeals Board, Patent and Trademark Office, 1998-99; Harjo v. Pro-Football, Inc. Expert statement and trial depositions for petitioners (pro bono) Dorsey and Whitney, attorneys. (Trademark cancellation petition)

U.S. District Court, Southern District of New York, 1998; Raine v. CBS Inc., Expert statement and deposition for defendant. CBS Inc. legal department, attorneys. (Contract interpretation)

Superior Court of the State of California, 1997; Bertolucci v. Ananda Church of God. Expert statement for defendant. Rockhill, Schaiman, and Carr, attorneys. (civil action)

**Other Professional and Public Activities:**

Member of Board of Trustees, Center for Applied Lingistics, 1999-2004

Member of Steering Committee, Coalition for Networked Information, 1999-2003

Referee of articles or manuscripts: *Language, Linguistic Inquiry, General Linguistics, Linguistics and Philosophy, Recherches Linguistiques, Natural Language and Linguistic Theory, Philosophical Review, Synthese,* Yale University Press, Cambridge University Press, Stanford University Press, Oxford University Press, University of Chicago Press, MIT Press, D. Reidel, Sage Publishing.

Perennial reviewer for various program committees (WCCFL, SALT, etc.),

Referee of grant proposals: National Science Foundation (sections on linguistics, computer science, AI and robotics, psychology); National Foreign Language Center; National Institute of Mental Health, National Endowment for the Humanities.

Executive Committee, National Coalition for Language Rights (co-founder).

Committee on Political and Social Concerns, Linguistic Society of America, 1990-1997

Usage Editor, *The American Heritage Dictionary*, second edition.

Usage Editor and Chair of Usage Panel, *The American Heritage Dictionary*, third and fourth editions. Ongoing consultancy with Houghton Mifflin.

Host of programs for City Arts and Lectures, San Francisco (broadcast on NPR), 2001-: Interviewees include Eavan Boland, A. S. Byatt, Robert Hass, Maxine Hong Kingston, Michael Ondaatje, Simon Winchester, Tobias Wolff.