UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MARVIN CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>JC PENNEY LIFE INSURANCE COMPANY, STRONEBRIDGE LIFE INSURANCE COMPANY AND DOES 1-10,<br><br>    Defendant. | CASE NO. C 07-04996 JF<br><br>(PROPOSED) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the entire action is dismissed with prejudice as to all parties. Each party is to bear its own costs and attorney's fees.

DATED: 10/24/08

_____
HON. JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4851-6229-3507 v1

CASE NO. C 07-04996 JF
(PROPOSED) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE